UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ACME Contracting, Ltd.

        Plaintiff(s),

v.

Toltest, Inc., et al.

Case: 2:07-cv-10950
Assigned To: Cox, Sean F
Referral Judge: Komives, Paul J
Filed: 03-05-2007 At 03:57 PM
rem ACME CONTRACTING V. TOLTEST, INC, ET AL (TAM)

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Toltest Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: W. R. Berkley Corporation
   Relationship with Named Party: Parent Corporation

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: February 27, 2007

Richard M. Kerger (0015864)
Kerger & Associates
33 S. Michigan St. Suite 100
Toledo, Ohio 43604
419-255-5990
rkerger@kergerkerger.com