**EXHIBIT 4**



## ATTACHMENT A

## SUBCONTRACTOR SERVICES AGREEMENT TERMS AND CONDITIONS

This Agreement is entered into by and between TriTest and SUBCONTRACTOR as of the date shown written. In and for the consideration received herein, the value of which is acknowledged, the parties agree as follows:

1. **PRIME AGREEMENT:** The SUBCONTRACTOR acknowledges that TriTest has entered into an agreement with a third party, hereinafter called the CLIENT, for services in connection with the job identified herein (PRIME CONTRACT). The SUBCONTRACTOR is prepared to conduct its CLIENT reporting issues relative to this job on an Agreement without prior written approval of TriTest. SUBCONTRACTOR further agrees and represents that: (i) it has reviewed, examined, inspected and thoroughly investigated the Job site, its use and existing premises in connection with which the work covered by this Purchase Order is to be performed; (ii) it has thoroughly informed itself as of all difficulties involved in the completion of all the work covered by this Purchase Order, and (iii) TriTest has made no representation of any kind with reference thereto not contained in this Purchase Order. TriTest and the CLIENT-furnished data on the conditions are only for SUBCONTRACTOR's convenience and not guaranteed.

2. **SCOPE OF SERVICES:** SUBCONTRACTOR shall furnish all labor, material, supplies, tools and supervision to diligently perform the Work as set forth herein. SUBCONTRACTOR represents and warrants that all work performed by it pursuant to this AGREEMENT (a) will conform with the terms of the AGREEMENT, (b) will be performed in a good, skillful and workmanlike manner, (c) will be performed by the proper number of experienced, skilled, and licensed personnel, qualified by education and/or experience to perform the assigned task, and (d) to the extent professional services are involved, will conform to the standard of care, skill, and diligence exercised by other similar professionals performing the same or similar services. SUBCONTRACTOR shall have at the job site, at all times, a competent, English-speaking representative satisfactory to TriTest, who shall be the SUBCONTRACTOR's job supervisor. Further, the Work shall be performed in accordance with the completion and guidance documents as set forth in the PRIME CONTRACT and any plans, permits or technical specifications provided by TriTest to SUBCONTRACTOR.

If any utility service must be disconnected (even temporarily) due to the Work, the SUBCONTRACTOR shall notify the TriTest Representative at least 10 calendar days in advance of such planned interruption.

The SUBCONTRACTOR may be relieved in writing by TriTest, without prejudice to this AGREEMENT, to perform extra Work within the general scope of the AGREEMENT, the price and time of performance being adjusted accordingly pursuant to a SUBCONTRACTOR Change Order Agreement (Exhibit I).

3. **SCHEDULE:** The Work shall be performed according to the schedule contained by TriTest, which may be modified per the instruction of the TriTest Project Manager. Time is of the essence in the performance of the Work. SUBCONTRACTOR shall complete its operations if it is to proceed with the timely execution and completion of its Work. Upon commencement of the Work on or before therempletion date, SUBCONTRACTOR agrees to commence the work with any other work to be done as to by any other contractors, whose work may overlap or conflict with the scope of the Work under this Purchase Order. In the event of conflicts, SUBCONTRACTOR agrees to abide by the reasonable decision of TriTest. Any extension of the commencement date or any portion thereto with any changes by TriTest and/or subject to timely notice to complete the Purchase Order may only be granted by TriTest in writing, property executed and effective only in writing. Approvals of schedules submitted by SUBCONTRACTOR shall not be mandatory, but TriTest reserves the right to reject any schedule when shall open with the job situation, SUBCONTRACTOR shall not be certified to claim compensation for any suspension, delay or cancellation or inefficiency allowed and paid to TriTest by the CLIENT for SUBCONTRACTOR's benefit.

4. **HEALTH AND SAFETY:** The SUBCONTRACTOR acknowledges that it is familiar with the work scope to be performed herein, the inherent hazards of the job Site, and the necessity of the safety of its personnel and others during the performance of its work. Specifically, the SUBCONTRACTOR shall comply with all applicable safety laws and regulations including, but not limited to, those issued under the Occupational Safety and Health Act, and shall act as is necessary to prevent accident, injury or property damage. SUBCONTRACTOR shall execute and supply, as required by the conditions and program of the Work, all necessary safeguards for the protection of workers and the public and shall post appropriate warning against the hazards created by such construction.

SUBCONTRACTOR will designate an individual at the job site, and in its employ, who is a "competent person" as defined by regulations issued under the Occupational Safety and Health Act, and who shall act as SUBCONTRACTOR's designated safety representative. The SUBCONTRACTOR will notify its representative will have a duty to prevent accidents. Unless otherwise identified by SUBCONTRACTOR in writing, the designated safety representative shall be SUBCONTRACTOR's On-Site Job Superintendent.

When so ordered, SUBCONTRACTOR shall stop any part of the Work that TriTest deems unsafe until corrective measures satisfactory to TriTest have been adopted. Should SUBCONTRACTOR neglect to adopt such corrective measures, TriTest may do so and deduct the cost from payments due or to become due SUBCONTRACTOR.

SUBCONTRACTOR shall give prompt written notice to TriTest for all fatalities, lost time accidents and illnesses, property damage over $1,000, or any accident or failure that could have resulted in serious personal injury or property damage, whether such injury or damage actually was sustained. SUBCONTRACTOR also shall maintain, in an order duly issued or filed and documents substantiated, which treatments are not otherwise reportable. These records shall be made available to TriTest upon request.