# EXHIBIT 6

# PAYMENT APPLICATION

COPY     Page 1

| | | | |
|---|---|---|---|
| TO: | Toltest, Inc.<br>1480 Ford<br>Maumee, OH 43537<br>Attn: | PROJECT NAME AND LOCATION: | A6005<br>Demo/Abatement ERB & Neely<br>347 Ferst St<br>Atlanta, GA 30308 |
| FROM: | Acme Contracting, Ltd.<br>7811 Chubb<br>Northville, MI 48168 | ARCHITECT: | |
| FOR: | Toltest, Inc. | | |

| | | |
|---|---|---|
| APPLICATION # | 4 | Distribution to: |
| PERIOD THRU: | 08/31/2006 | [X] OWNER |
| PROJECT #s: | J-77 | [X] ARCHITECT |
| DATE OF CONTRACT: | 01/25/2006 | [X] CONTRACTOR |

## CONTRACTOR'S SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is attached.

| | | |
|---|---|---|
| 1. CONTRACT AMOUNT | | $1,050,018.00 |
| 2. SUM OF ALL CHANGE ORDERS | | ($4,926.87) |
| 3. CURRENT CONTRACT AMOUNT (Line 1 +/- 2) | | $1,045,091.13 |
| 4. TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | | $626,739.93 |
| 5. RETAINAGE: | | |
|   a. 5.00% of Completed Work<br>    (Columns D + E on Continuation Page) | $31,337.00 | |
|   b. 5.00% of Material Stored<br>    (Column F on Continuation Page) | $0.00 | |
|   Total Retainage (Line 5a + 5b or<br>  Column I on Continuation Page) | | $31,337.00 |
| 6. TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 minus Line 5 Total) | | $595,402.93 |
| 7. LESS PREVIOUS PAYMENT APPLICATIONS | | $595,402.93 |
| 8. PAYMENT DUE | | $0.00 |
| 9. BALANCE TO COMPLETION<br>(Line 3 minus Line 6) | $449,688.20 | |

| SUMMARY OF CHANGE ORDERS | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months | $4,073.13 | ($9,000.00) |
| Total approved this month | $0.00 | $0.00 |
| TOTALS | $4,073.13 | ($9,000.00) |
| NET CHANGES | ($4,926.87) | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's costs for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:     Acme Contracting, Ltd.

By: _____     Date:    09/29/2006
      Jackie Bates

State of:    Michigan

County of:    Washtenaw

Subscribed and sworn to before
me this    29th    day of    September 2006

Notary Public:    Jon Murray

My Commission Expires:    June 7, 2007

### ARCHITECT'S CERTIFICATION

Architect's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) Architect has inspected the Work represented by this Application, (2) such Work has been completed to the extent indicated in this Application, and the quality of workmanship and materials conforms with the Contract Documents, (3) this Application for Payment accurately states the amount of Work completed and payment due therefor, and (4) Architect knows of no reason why payment should not be made.

CERTIFIED AMOUNT................................................................ _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all the figures that are changed to match the certified amount.)

ARCHITECT:

By: _____     Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

PAYMENT APPLICATION            QSS, INC. DOCUMENT

File Copy

# PAYMENT APPLICATION

Page 1

| TO: | Toltest, Inc.<br>1480 Ford<br>Maumee, OH 43537<br>Attn: | PROJECT NAME AND LOCATION: | A6005<br>Demo/Abatement ERB & Neely<br>347 Ferst St<br>Atlanta, GA 30308 | APPLICATION #<br>PERIOD THRU:<br>PROJECT #s: | 5<br>09/30/2006<br>J-77 | Distribution to:<br>[X] OWNER<br>[X] ARCHITECT |
|---|---|---|---|---|---|---|
| FROM: | Acme Contracting, Ltd.<br>7811 Chubb<br>Northville, MI 48168 | ARCHITECT: | | DATE OF CONTRACT: | 01/25/2006 | [X] CONTRACTOR<br>☐<br>☐ |
| FOR: | Toltest, Inc. | | | | | |

## CONTRACTOR'S SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is attached.

| | | |
|---|---|---|
| 1. CONTRACT AMOUNT | | $1,050,018.00 |
| 2. SUM OF ALL CHANGE ORDERS | | ($4,926.87) |
| 3. CURRENT CONTRACT AMOUNT (Line 1 +/- 2) | | $1,045,091.13 |
| 4. TOTAL COMPLETED AND STORED (Column G on Continuation Page) | | $961,066.13 |
| 5. RETAINAGE: | | |
|    a.   of Completed Work (Columns D + E on Continuation Page) | 0 | |
|    b.   of Material Stored (Column F on Continuation Page) | | |
|    Total Retainage (Line 5a + 5b or Column I on Continuation Page) | | $52,500.00 |
| 6. TOTAL COMPLETED AND STORED LESS RETAINAGE (Line 4 minus Line 5 Total) | | $908,566.13 |
| 7. LESS PREVIOUS PAYMENT APPLICATIONS | | $595,402.93 |
| 8. PAYMENT DUE | | $313,163.20 |
| 9. BALANCE TO COMPLETION (Line 3 minus Line 6) | $136,525.00 | 365,463.?? |

| SUMMARY OF CHANGE ORDERS | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months | $4,073.13 | ($9,000.00) |
| Total approved this month | $0.00 | $0.00 |
| TOTALS | $4,073.13 | ($9,000.00) |
| NET CHANGES | ($4,926.87) | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's costs for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR:   Acme Contracting, Ltd.

By: _____   Date:   09/27/2006
              Jackie Bates

State of:   Michigan
County of:   Washtenaw

Subscribed and sworn to before
me this    27th    day of    September  2006

Notary Public:   Jon Murray
My Commission Expires:   June 7, 2007

## ARCHITECT'S CERTIFICATION

Architect's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) Architect has inspected the Work represented by this Application, (2) such Work has been completed to the extent indicated in this Application, and the quality of workmanship and materials conforms with the Contract Documents, (3) this Application for Payment accurately states the amount of Work completed and payment due therefor, and (4) Architect knows of no reason why payment should not be made.

CERTIFIED AMOUNT............................................................................................

(If the certified amount is different from the payment due, you should attach an explanation. Initial all the figures that are changed to match the certified amount.)

ARCHITECT:

By: _____   Date: _____

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

PAYMENT APPLICATION                                                                                                            QSS, INC. DOCUMENT

# PAYMENT APPLICATION

COPY

Page 1

| TO: | Toltest, Inc.<br>1480 Ford<br>Maumee, OH 43537<br>Attn: | PROJECT NAME AND LOCATION: | A6005<br>Demo/Abatement ERB & Neely<br>347 Ferst St<br>Atlanta, GA 30308 | APPLICATION #<br>PERIOD THRU:<br>PROJECT #s: | 6<br>10/31/2006<br>J-77 | Distribution to:<br>☒ OWNER<br>☒ ARCHITECT |
|---|---|---|---|---|---|---|
| FROM: | Acme Contracting, Ltd.<br>7811 Chubb<br>Northville, MI 48168 | ARCHITECT: | | DATE OF CONTRACT: | 01/25/2006 | ☒ CONTRACTOR<br>☐<br>☐ |
| FOR: | Toltest, Inc. | | | | | |

## CONTRACTOR'S SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is attached.

| | |
|---|---|
| 1. CONTRACT AMOUNT | $1,050,018.00 |
| 2. SUM OF ALL CHANGE ORDERS | ($50,745.53) |
| 3. CURRENT CONTRACT AMOUNT (Line 1 +/- 2) | $999,272.47 |
| 4. TOTAL COMPLETED AND STORED | $1,004,272.47 |
| (Column G on Continuation Page) | |
| 5. RETAINAGE: | |
|    a. of Completed Work | |
|       (Columns D + E on Continuation Page) | |
|    b. of Material Stored | |
|       (Column F on Continuation Page) | |
|    Total Retainage (Line 5a + 5b or | |
|    Column I on Continuation Page) | $52,500.00 |
| 6. TOTAL COMPLETED AND STORED LESS RETAINAGE | $951,772.47 |
| (Line 4 minus Line 5 Total) | |
| 7. LESS PREVIOUS PAYMENT APPLICATIONS | $908,566.13 |
| 8. PAYMENT DUE | $43,206.34 |
| 9. BALANCE TO COMPLETION | |
| (Line 3 minus Line 6) | $47,500.00 |

| SUMMARY OF CHANGE ORDERS | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months | $4,073.13 | ($9,000.00) |
| Total approved this month | $10,776.22 | ($56,594.88) |
| TOTALS | $14,849.35 | ($65,594.88) |
| NET CHANGES | ($50,745.53) | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's costs for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: Acme Contracting, Ltd.

By: _____ Date: 10/24/2006
     Jackie Bates

State of: Michigan
County of: Washtenaw

Subscribed and sworn to before
me this 24th day of October 2006

Notary Public: Jon Murray
My Commission Expires: June 7, 2007

## ARCHITECT'S CERTIFICATION

Architect's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) Architect has inspected the Work represented by this Application, (2) such Work has been completed to the extent indicated in this Application, and the quality of workmanship and materials conforms with the Contract Documents, (3) this Application for Payment accurately states the amount of Work completed and payment due therefor, and (4) Architect knows of no reason why payment should not be made.

CERTIFIED AMOUNT............................................................................ _____

(If the certified amount is different from the payment due, you should attach an explanation. Initial all the figures that are changed to match the certified amount.)

ARCHITECT:

By: _____ Date:

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.

PAYMENT APPLICATION

QSS, INC. DOCUMENT

# PAYMENT APPLICATION

| TO: | Toltest, Inc.<br>1480 Ford<br>Maumee, OH 43537<br>Attn: | PROJECT NAME AND LOCATION: | A6005<br>Demo/Abatement ERB & Neely<br>347 Ferst St<br>Atlanta, GA 30308 | APPLICATION #<br>PERIOD THRU:<br>PROJECT #s: | 7<br>10/24/2006<br>J-77 | Distribution to:<br>☒ OWNER<br>☒ ARCHITECT |
|---|---|---|---|---|---|---|
| FROM: | Acme Contracting, Ltd.<br>7811 Chubb<br>Northville, MI 48168 | ARCHITECT: | | DATE OF CONTRACT: | 01/25/2006 | ☒ CONTRACTOR<br>☐<br>☐ |
| FOR: | Toltest, Inc. | | | | | |

## CONTRACTOR'S SUMMARY OF WORK

Application is made for payment as shown below.
Continuation Page is attached.

| | | |
|---|---|---|
| 1. CONTRACT AMOUNT | | $1,050,018.00 |
| 2. SUM OF ALL CHANGE ORDERS | | ($50,745.53) |
| 3. CURRENT CONTRACT AMOUNT (Line 1 +/- 2) | 999,272.47 | $999,272.47 |
| 4. TOTAL COMPLETED AND STORED<br>(Column G on Continuation Page) | 999,272.47 | $1,004,272.47 |
| 5. RETAINAGE: | | |
| a. 0.00% of Completed Work<br>(Columns D + E on Continuation Page) | | $0.00 |
| b. 0.00% of Material Stored<br>(Column F on Continuation Page) | | $0.00 |
| Total Retainage (Line 5a + 5b or<br>Column I on Continuation Page) | 999,272.47 | $0.00 |
| 6. TOTAL COMPLETED AND STORED LESS RETAINAGE<br>(Line 4 minus Line 5 Total) | | ~~$1,004,272.47~~ |
| 7. LESS PREVIOUS PAYMENT APPLICATIONS | | $951,772.47 |
| 8. PAYMENT DUE | | ~~$52,500.00~~ |
| 9. BALANCE TO COMPLETION<br>(Line 3 minus Line 6) | 42,500. | ($5,000.00) |

| SUMMARY OF CHANGE ORDERS | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months | $14,849.35 | ($65,594.88) |
| Total approved this month | $0.00 | $0.00 |
| TOTALS | $14,849.35 | ($65,594.88) |
| NET CHANGES | ($50,745.53) | |

Contractor's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) the Work has been performed as required in the Contract Documents, (2) all sums previously paid to Contractor under the Contract have been used to pay Contractor's costs for labor, materials and other obligations under the Contract for Work previously paid for, and (3) Contractor is legally entitled to this payment.

CONTRACTOR: Acme Contracting, Ltd.

By: _____ Date: 10/24/2006
    Jackie Bates

State of: Michigan
County of: Washtenaw

Subscribed and sworn to before
me this 24th day of October 2006

Notary Public: Jon Murray
My Commission Expires: June 7, 2007

## ARCHITECT'S CERTIFICATION

Architect's signature below is his assurance to Owner, concerning the payment herein applied for, that: (1) Architect has inspected the Work represented by this Application, (2) such Work has been completed to the extent indicated in this Application, and the quality of workmanship and materials conforms with the Contract Documents, (3) this Application for Payment accurately states the amount of Work completed and payment due therefor, and (4) Architect knows of no reason why payment should not be made.

CERTIFIED AMOUNT....................................................... _____

(If the certified amount is different from the payment due, you should attach an explanation.
Initial all the figures that are changed to match the certified amount.)

ARCHITECT:
By: _Jackie Bates_ Date: 10/24/06

Neither this Application nor payment applied for herein is assignable or negotiable. Payment shall be made only to Contractor, and is without prejudice to any rights of Owner or Contractor under the Contract Documents or otherwise.