# EXHIBIT 7

# Acme Contracting, Ltd
P.O. Box 700523
Plymouth, MI 48170

# Invoice

| Date | Invoice # |
|---|---|
| 7/28/2006 | 590 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | A6005 Georgia Tech... |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 5, 2006 | 4,190.66 | 4,190.66 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 6, 2006 | 4,025.42 | 4,025.42 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 7, 2006 | 4,040.80 | 4,040.80 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 8, 2006 | 4,186.96 | 4,186.96 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 10, 2006 | 4,799.56 | 4,799.56 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 11, 2006 | 4,245.73 | 4,245.73 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 12, 2006 | 4,667.45 | 4,667.45 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 13, 2006 | 4,245.73 | 4,245.73 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 14, 2006 | 4,316.49 | 4,316.49 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 15, 2006 | 3,108.42 | 3,108.42 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 17, 2006 | 3,472.72 | 3,472.72 |
| 1 | Removed soils from ERB Excavation and stockpiled sloped ERB Excavation on July 18, 2006 | 3,472.72 | 3,472.72 |
| 1 | Performed stripping of topsoil from the sector 1 grading area, using John Deere 450 Bulldozer & Operator on July 27, 2006 | 8,350.69 | 8,350.69 |
| 1 | Performed stripping of topsoil from the sector 1 grading area, using John Deere 450 Bulldozer & Operator on July 28, 2006 | 8,350.69 | 8,350.69 |

Contact David MacDonald if you have any questions or concerns.
Phone 248-374-1911 Fax 248-374-1922

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# Acme Contracting, Ltd

P.O. Box 700523
Plymouth, MI 48170

# Invoice

| Date | Invoice # |
|---|---|
| 7/28/2006 | 590 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | A6005 Georgia Tech... |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Performed stripping of topsoil from the sector 1 grading area, using John Deere 450 Bulldozer & Operator, excavated and stockpiled unsuitable soils on July 29, 2006 | 9,484.40 | 9,484.40 |
| 1 | Performed stripping of topsoil from the sector 1 grading area, using John Deere 450 Bulldozer & Operator, excavated and stockpiled unsuitable soils on July 31, 2006 | 10,258.86 | 10,258.86 |

Contact David MacDonald if you have any questions or concerns.
Phone 248-374-1911 Fax 248-374-1922

| | |
|---|---|
| **Total** | $85,217.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $85,217.30 |

# Acme Contracting, Ltd
P.O. Box 700523
Plymouth, MI 48170

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2006 | 600 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | A6005 Georgia Tech... |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Preformed stripping of topsoil from sector 1 grading area using a John Deere 450 Bulldozer & Operator, excavated and stockpiled unsuitable soil on August 1, 2006 | 8,628.11 | 8,628.11 |
| 1 | Excavated unsuitable soil from sector 1, drafted stockpiled soil and performed grading with various equipment August 2, 2006 | 11,512.14 | 11,512.14 |
| 1 | Plowed up moist soils in sector 1, re-compacted then drafted and graded fill using various equipment, sealed at end of day August 2, 2006 | 19,556.57 | 19,556.57 |
| 1 | Plowed up moist soils in sector 1, re-compacted, drafted and graded fill using various equipment, sealed at end of day August 4, 2006. | 15,682.56 | 15,682.56 |
| 1 | Plowed up moist soils in sector 1, re-compacted, drafted and graded fill using various equipment, sealed at end of day August 5, 2006. | 17,114.90 | 17,114.90 |
| 1 | Plowed up moist soils in sector 1, re-compacted, drafted and graded fill using various equipment, sealed at end of day August 7, 2006. | 14,988.86 | 14,988.86 |
| 1 | Plowed up moist soils in sector 1, re-compacted, drafted and graded fill using various equipment, sealed at end of day, backfilled ERB Excavation on August 8, 2006. | 14,820.38 | 14,820.38 |
| 1 | Spread six inch lift to 910', plow, grade, and compact re-plow, re-grade, and re-compact @ ATC representative direction on August 9, 2006 | 14,889.80 | 14,889.80 |
| 1 | Spread six inch lift to 910', plow, grade, and compact re-plow, re-grade, and re-compact @ ATC representative direction on August 10, 2006 | 15,201.19 | 15,201.19 |
| 1 | Due to last night's rains, performed dewatering of the ERB excavation, discharged water to the sedimentation basin on August 11, 2006 | 10,137.94 | 10,137.94 |
| 1 | Excavated collection sumps @ the four corners of the ERB excavation, performed dewatering of the excavation on August 12, 2006 | 9,378.51 | 9,378.51 |

**Total**

**Payments/Credits**

**Balance Due**

# Acme Contracting, Ltd
P.O. Box 700523
Plymouth, MI 48170

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2006 | 600 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | A6005 Georgia Tech... |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Plowed up moist soils in sector 1, re-compacted, drafted and graded fill using various equipment, sealed at end of day, moved stockpiled ERB soils for sloping on August 14, 2006. | 18,305.58 | 18,305.58 |
| 1 | Dewatered the ERB excavation as well as sector 1, cut drainage trenches into each location on August 15, 2006 | 11,291.09 | 11,291.09 |
| 1 | Plow up ERB & sector 1 soils, load & stage for drying | 13,148.39 | 13,148.39 |
| 1 | Plow up ERB & sector 1 soils, load & stage for drying, backfill, grade & compact sector 1 soils & ERB excavation on August 18, 2006 | 18,178.48 | 18,178.48 |
| 1 | Spread six inch lift to 912', plow, grade, and compact re-plow, re-grade, and re-compact @ ATC representative direction on August 19, 2006 | 13,416.33 | 13,416.33 |
| 1 | Spread six inch lift to 911' then 912', plow, grade, and compact re-plow, re-grade, and re-compact @ ATC representative direction amend 911.5' lift with TolTest supplied lime on August 20, 2006 | 8,685.01 | 8,685.01 |
| 1 | Mucked out collection sumps, re-plow, re-grade, and re-compact @ ATC representative direction on August 21, 2006 | 12,355.48 | 12,355.48 |
| 1 | Dewater excavation, following 2.2 inch rain, trench collection ditches at excavation perimeter on August 22, 2006 | 10,848.70 | 10,848.70 |
| 1 | Plowed soils of ERB excavation & dewatered excavation on August 23, 2006 | 11,594.50 | 11,594.50 |
| 1 | Plowed soils of ERB excavation & dewatered excavation due to past rains on August 24, 2006 | 10,347.61 | 10,347.61 |
| 1 | Spread six inch lift to 911' then 912', plow, grade, and compact re-plow, re-grade, and re-compact @ ATC representative direction amend 911.5' lift with TolTest supplied lime on August 25, 2006 | 11,768.41 | 11,768.41 |
| 1 | Spread six inch lift to 911.5' then 912', plow, grade, and compact re-plow, re-grade, and re-compact @ ATC representative direction amend 911.5' lift with TolTest supplied lime on August 26, 2006 | 12,434.72 | 12,434.72 |

**Total**

**Payments/Credits**

**Balance Due**

# Acme Contracting, Ltd
P.O. Box 700523
Plymouth, MI 48170

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2006 | 600 |

**Bill To**

Toltest
1480 Ford
Maumee, OH 43537

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 | A6005 Georgia Tech... |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Grade and compact final lift to 912' excavation, re-plow, re-grade, and re-compact @ ATC representative direction final compaction testing accepted (second time)   August 27, 2006 | 9,869.31 | 9,869.31 |

| | |
|---|---|
| **Total** | $314,154.57 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $314,154.57 |