## EXHIBIT C

## INSURANCE

(Pg 1 of 2)

1. Insurance certificate must name Georgia State Financing and Investment Commission as the certified holder

2. Provide additional insurance coverage(s) naming the officers, members, and employees of: Georgia State Financing and Investment Commission, Board of Regents of the University System of Georgia, Georgia Institute of Technology, The Whiting-Turner Contracting Company, and M+W Zander as additionally insured

3. If this contractor contracts any of the work, contractor shall require each subcontractor to have the insurance coverage required by this exhibit. Contractor shall furnish Whiting-Turner evidence thereof before each subcontractor commences any work

3. The cost of all insurance required is included in the base bid

4. Georgia Bureau of Workman's Compensation

   Risk No _____

   Period From _____ to _____.

5. In addition to the insurance requirements listed on the following page, all contractors must provide Pollution Insurance in the amount of $10,000,000.00 per occurrence and a Waiver of Subrogation

Initialed By:

Construction Manager _____

Contractor _____

C-015
12/05/2000

I 23

TT0000005291

## EXHIBIT C

## INSURANCE

## (Pg. 2 of 2)

Contractor shall at all times, maintain and keep in force during the term of this Agreement insurance in the forms and with limits to satisfy both the requirements listed on this Exhibit C and those specified by other Contract Documents.

### GENERAL INSURANCE REQUIREMENTS

All insurance policies must be from insurers authorized to conduct business within the state(s) where project is located. The insurance companies must also have a Best's Rating of at least "A - " and a financial size of "Class VII" or better in the latest edition of Best's Insurance Reports

### WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE

This insurance will pay the contractor's obligations under appropriate worker's compensation status, including federal benefits under the U.S. Longshore and Harbor Workers Compensation Act. Any deductible under this policy must be disclosed and will be fully assumed by the Contractor.

Employers liability coverage shall provide limits of at least $500,000 each accident for bodily injury and $500,000 each employee for disease. The policy limit for disease shall be at least $500,000

### COMMERCIAL GENERAL LIABILITY INSURANCE

This insurance must be written on an "occurrence" basis, responding to claims arising out of occurrences which take place during the policy period. The commercial general liability form should provide limits of at least the following:

> $1,000,000 each occurrence for bodily injury and property damage
> $1,000,000 each accident for personal and advertising injury
> $2,000,000 products-completed operations aggregate
> $2,000,000 general aggregate
> $1,000,000 contractual

The general aggregate limit is to apply separately to each project. The products and completed operations coverage is to be maintained for a period of at least two years following the completion of the work. The Whiting-Turner Contracting Company is to be included as an additional insured.

The contractual liability coverage shall include protection for the contractor from claims arising out of the liability assumed under the indemnification provisions of this Agreement. There should be no separate exclusion for property damage liability arising out of explosion, collapse and underground hazards (XCU). Any deductible under this policy must be disclosed and will be fully assumed by the contractor

### BUSINESS AUTOMOBILE LIABILITY INSURANCE

This insurance should apply to any auto, including all owned, hired and non-owned vehicles, to a combined single limit of at least $1,000,000 each accident. For those contractors subject to the Motor Carrier Act of 1980, The Motor Carrier Act endorsement #MCS-90, should be attached to the policy, to a primary limit of at least $1,000,000 each accident

Any statutorily required "No-Fault" benefits and uninsured/underinsured motorists coverage should be included. Any deductible under this policy must be disclosed and will be fully assumed by the contractor

### UMBRELLA EXCESS LIABILITY

This insurance must provide coverage in excess of the limits of employer's liability, commercial general liability and business automobile liability. The policy should provide for contract amounts less than $5,000,000, $5,000,000 per occurrence and $5,000,000 aggregate. For contract amounts equal to or greater than $5,000,000, the policy should provide for a limit of $5,000,000 per occurrence and $10,000,000 aggregate.

### CERTIFICATES OF INSURANCE

Contractor shall provide The Whiting-Turner Contracting Company with certificates of insurance evidencing the required insurance coverage before contractor's work under this agreement is begun

All insurance policies shall be endorsed to provide at least 60 days prior written notice of cancellation and non-renewal to The Whiting-Turner Contracting Company. All required certificates of insurance shall eliminate the wording "endeavor to" and "but failure to mail such notice shall impose no obligation of any kind upon the company, its agents or representatives" from the cancellation provision

Whiting-Turner, the Owner and other entities as may be reasonably requested shall be named as an additional insured under these policies of insurance. It is expressly agreed and understood by and between Subcontractors and Whiting-Turner that the insurance afforded the additional insureds shall be the primary insurance and that any other insurance carried by Whiting-Turner shall be excess of all other insurance carried by the Subcontractor and shall not contribute with the Subcontractor's insurance. Subcontractor further agrees to provide endorsements on its insurance policies which shall state the foregoing; however, Subcontractor's failure to provide such endorsements shall not affect Subcontractor's agreement hereunder

See attached insurance certificate form for additional requirements. Insurance must be submitted on the attached form.

Initialed By:

Construction Manager

Contractor

C-015
12/05/2000

T 24

TT0000005292

EXHIBIT D

MODIFICATIONS TO THIS AGREEMENT

### CONTRACT EXHIBITS

Exhibit "A" – Drawing and Specification Log
Exhibit "B" – Scope of Work
Exhibit "C" – Insurance
Exhibit "D" – Modifications to this Agreement
Exhibit "E" – Pricing Schedule
Exhibit "F" – Unit Prices
Exhibit "G" – Alternate Pricing Schedule
Exhibit "H" – Mark-up Schedule
Exhibit "I" – Labor Rates
Exhibit "J" – Miscellaneous Bid Data
Exhibit "K" – Subcontractor Contract Information Sheet
Exhibit "L" – Equipment Rate Schedule
Exhibit "M" – Diversity Spending Program
Exhibit "N" – Selective Neely Reactor Demolition Clarification – No Page Number
Exhibit "O" – GSFIC Special Conditions
Exhibit "P" – Addendum #1, 2, 3, & 4, Toltest letters, Neely Drawing
Exhibit "Q" - Toltest letter dated 4/10/06 e/s

### SUPPLEMENTAL CONDITIONS TO CONTRACT

1. EEO Policy/ GSFIC Application for payment "Exhibit" K
2. W-I Invoice Forms
3. Payment and Performance Bond Forms
4. Quality Program
5. W-T Safety Bonus Penalty Program
6. Hazardous Substance List and MSDS Form
7. W-T Non-OSHA Safety Rules
8. Material Status Report
9. Daily Field Report
10. Tax Affidavit
11. Warranty and Guarantee
12. General Requirements
13. Waivers of Lien:
    - Trade Contractor Partial Release
    - Trade Contractor Final Release
    - Second Tier Subcontractor Partial Release
    - Second Tier Subcontractor Final Release
    - Supplier Partial Release
    - Supplier Final Release
15.
    - Non-Influence Affidavit
    - Statutory Affidavit
    - Five-Year Bond on Roof and Walls
    - Specimen certificate of manufacturer
    - Certificate of Insurance
16. Whiting-Turner Clean room Protocol Manual
17. Prequalification Statement

Initialed By:

Construction Manager

Contractor

C-015
5/3/1999     4-12-06        I 25

TT0000005293

*45k*

*47k*

*+*

## A. BASE PRICE

Having carefully e ~~~~~~ is dated __2/16/06__ , we
hereby submit our ~~~~~~ :ost to supply a Payment & Performance
Bond should be incl ~~~~~~

Base Bid (in words)

(In Words) One million ~~~~~~ two dollars

(In Number) XX/100 ($ 1,155,802 .00)

(in numbers)

Base Bid Breakdown Neely Rea ~~~

| Item | Description | Qty | Man Hours | Amount |
|------|-------------|-----|-----------|--------|
| 1. | Mobilization/Protection/Disconnect | | 192 | $ 28,800 |
| 2. | Submittals and Shop Drawings | | 80 | $ 2,880 |
| 3. | Shoring | | 160 | $ 9,600 |
| 4. | Earthwork/Excavation/Backfill | | 120 | $ 19,200 |
| 5. | Abatement | | 7780 | $ 620,641 |
| 6. | Demolition of the Steel Shell Reactor | | 920 | $ 338,961 |
| 7. | Demolition of the Steel Storage Building | | 48 | $ 12,000 |
| 8. | Demolition of Site Utilities/Pavement | | 240 | $ 54,000 |
| 9. | Water Proofing | | 40 | $ 6,000 |
| 10 | CMU | | 80 | $ 10,800 |
| 11. | Concrete | | 80 | $ 7,200 |
| 12 | Gravel Access Drive | | 24 | $ 6,000 |
| 13. | Store Front | | 120 | $ 19,200 |
| 14. | Paint | | 80 | $ 3,840 |
| 15. | Bond | | | $ 17,080 |
| 16. | Other | | | $ 0 |

Initialed By:

Construction Manager

Contractor

TT0000005294

| | | | | |
|---|---|---|---|---|
| SUBTOTAL NEELY REACTOR BUILDING MAN HOURS / BASE BID: | MH | 9964 | $ | 1,155,802.00 |

Above quantities are for accounting purpose only. Subcontractor is responsible for quantities as indicated on the contract documents.

## The above cost includes taxes of $27,739.

Initialed By:

Construction Manager

Contractor

C-015
5/3/1999

TT0000005295

## Base Bid Breakdown ERB Abatement

| Item | Description | Qty | Man Hours | Amount |
|------|-------------|-----|-----------|--------|
| 1. | Mobilization/Protection/Disconnect | | 96 | $ 5,766 |
| 2. | Abatement Enclosures | | 1251 | $ 40,452 |
| 3. | Abatement | | 2324 | $ 123,659 |
| 4. | Bond | | | $ 3,633 |
| 5. | Taxes | | | $ 14,100 |
| 6. | Other | | | $ 5,256 |
| | SUBTOTAL ERB ABATEMENT MAN HOURS / BASE BID: | MH  3671 | | $    192,866 00 |

Initialed By:

Construction Manager _____

Contractor _____

C-015
5/3/1999                                I 28

**Base Bid Breakdown ERB Demolition and Site Demolition**

| Item | Description | Qty | Man Hours | Amount |
|------|-------------|-----|-----------|--------|
| 1. | Mobilization/Protection/Disconnect | | 192 | $ 48,000 |
| 2. | Submittals and Shop Drawings | | 80 | $ 5,760 |
| 3. | Shoring | | | N/A |
| 4 | Survey of Foundations to Remain | | 24 | $ 3,600 |
| 5 | Demo of ERB | | 1580 | $ 499,200 |
| 6 | Demo of ERB Underground Utilities | | 120 | $ 6,000 |
| 7 | Demo of Site Utilities | | 120 | $ 6,000 |
| 8 | Demo of Site Landscape/Hardscape | | 240 | $ 91,200 |
| 10. | Construction Limits Fencing | | 80 | $ 13,200 |
| 11 | Erosion Control and Maintenance | | 160 | $ 12,000 |
| 12. | Wash Down Vaults and Water Sources | | 80 | $ 21,600 |
| 13 | Wash Down Labor | | 250 | $ 10,500 |
| 14. | Pressure Washers | | 8 | $ 21,600 |
| 15. | Maintenance of Wash Down | | 120 | $ 5,040 |
| 16. | Removal of trees along Ferst Drive | | | $ 3,840 |
| 17. | Deduct for soil testing | | | $ (1,500) |
| 18. | Bond | | | $ 12,822 |
| | SUBTOTAL ERB/SITE DEMOLITION MAN HOURS / BASE BID: | MH | 3090 | $      758,862.00 |

The above cost includes taxes of $34,705.

Initialed By:

Construction Manager _____

Contractor _____

C-015
5/3/1999

I 29

TT0000005297

| | | |
|---|---|---|
| **DISCOUNT IF AWARDED MULTIPLE PACKAGES:** | $ (10,000) | 00 |
| **GRAND TOTAL BASE BID:** | $ 2,097,530 | 00 |

**Post Bid Adjustments** (To be determined at post bid reviews)

| Item | Description | Amount | |
|---|---|---|---|
| 1. | **Cost to increase pollution insurance limit** | $ 14,900 | |
| 2. | | $ | .00 |
| 3. | | $ | .00 |
| 4. | | $ | .00 |
| 5. | | $ | .00 |

| | | |
|---|---|---|
| **TOTAL POST BID ADJUSTMENTS:** | $    14,900 | .00 |
| **TOTAL CONTRACT VALUE:**<br>(This is the sum of the total base bid + total post bid adjustments) | $ 2,112,430 | .00 |

## II. MISCELLANEOUS

**A.** ACCEPTANCE PERIOD

All prices quoted are firm if accepted within ninety (90) days from bid date.

**B.** In the event an award is made to us and, through no fault of ours, canceled at any time during performance of this subcontract, we are to be reimbursed for our out-of-pocket costs plus the following mark-up for profit and overhead.

Percentage:      Field Labor     10%      Material     10%

**(NO OTHER COMPENSATION WILL BE MADE)**

**C.** SALES TAX – Pricing shall include all applicable taxes.

Initialed By:

Construction Manager _____

Contractor _____

## EXHIBIT K
## SUBCONTRACTOR INFORMATION SHEET

1. Company Name ___TolTest Inc.___

2. Item of Work ___Asbestos, Lead and other hazardous materials___

3. Address main=    1480 Ford St, Maumee, OH 43537   branch= 5295 S. Old US 23 Brighton, MI 48114

4. Office Phone Number ___810-227-0467___

5. Office Fax Number ___810-227-2313___

6. Field Office Phone Number _____

7. Field Office Fax Number _____

8. Company CEO/President ___David D. Alleman___

    Company CEO/President Home Phone # ___419-794-3500___

9. Field Superintendent/Foreman _____

10. Project Manager/Engineer ___Wayne Lint___    e-mail ___wayne.lint@toltest.com___

11. Other Key Personnel _____ e-mail _____

12. Emergency Phone Numbers (Home or pager or other, please specify)

    Name _____ Title: _____ Phone No. _____

    Name _____ Title: _____ Phone No. _____

    Name _____ Title: _____ Phone No. _____

13. Insurance Company Agent

    Name ___Hylant Group___ Phone No. ___419-255-1020___

    Address ___606 Madison Ave., Toledo, OH 43624___

14. Bonding Company Agent

    Name ___Smith Manus Surety Bonds___ Phone No. ___502-636-9191___

    Address ___PO Box 98, Louisville, KY 40203___

15. License Number

    State(s) ___GA-Asbestos___ Lic. No. ___20-1107-212___

16. Federal ID Number ___34-1011985___
    Name: _____ Phone No. _____

Initialed By:

Construction Manager _____

Contractor _____

EXHIBIT I

LABOR RATES

SUBCONTRACTOR: _____    Valid FROM:   Award of contract

TRADE CLASSIFICATION: _____    Valid TO:   End of all completed work

(Provide one of these sheets for each trade to be used)

Labor rates for extra work will be calculated per the following and are to be filled out in their entirety on this form.

| | Percentage | "A" | "B" | "C" |
|---|---|---|---|---|
| | | *Straight Time* | *Over Time* | *Double Time* |
| **BASE RATE** | | $ | $ | $ |
| **TAXES** | | | | |
| FICA | | | | |
| Federal Unemployment | | | | |
| State Unemployment | | **PER** | **ATTACHED** | |
| **INSURANCE** | | | | |
| Workman's Comp | | **SHEETS** | | |
| Disability Insurance | | | | |
| | | | | |
| **BENEFITS (please list)** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **SUB-TOTAL** | | $ | $ | $ |
| **OVERHEAD & PROFIT** (includes General Liability Insurance) | 10.00 % | $ | $ *Equal to Column "A"* | $ *Equal to Column "A"* |
| **TOTAL** | | $ | $ | $ |

Notes:
1. **Base Rate** is to be published rate per applicable local union labor agreements. If union contractor
2. **Insurance** is for labor related insurance only (i.e. Workers Compensation, Disability, etc.) and is not to include General Liability, Umbrella, Automobile or Equipment Insurance.
3. **Insurance and Overhead & Profit** shall not be greater than straight time rates for premium or shift time work.
4. **Overhead & Profit** includes General Liability and Umbrella Insurance.

All final rates are subject to review and approval by W-T/GT/ GSFIC. Data provided herein for information only.

Initialed By:

Construction Manager _____

Contractor _____

TT0000005300

|  |  | Date |
|---|---|---|
| Subcontractor | _____ | _____ |
| Whiting-Turner | _____ | _____ |
| Georgia Tech | _____ | _____ |

Initialed By:

Construction Manager

Contractor

C-015
5/3/1999

I 35

TT0000005301

EXHIBIT F

UNIT PRICES

This schedule includes Unit Prices which will be used as described below for pricing additions to or deductions from the Contract resulting from changes that may be incorporated into the work over the duration of the Contract as determined by the Contract in accordance with the General Conditions.

UNIT PRICES

Unit Prices in this schedule are for work completed, measured in place, and include profit and all other costs and expenses of the contractor. Unit prices include, without limit, all conditions of the contract and all labor, material, equipment and general requirements such as layout, reproduction of drawings and specifications, shop drawing and sample coordination, supervision (field and home office), small tools and expendable items, insurance, taxes, temporary facilities and services, including access and safety, "as-built" drawings, and general and administrative overhead and profit of the contractor.

The resultant increase or decrease to the contract amount shall represent the algebraic difference in quantity multiplied by the applicable unit price. Deductions shall be 100% of the unit price shown, herein.

Unit prices take precedence over all other pricing formats described in this schedule. For items of work not covered by a unit price, or where the Construction Manager determines that the unit price is not applicable, the work shall be priced using the actual material costs, composite labor rates and equipment rental rates.

| Description | Unit | Unit Price |
|---|---|---|
| Mobilization | EA | $ 1,500 |
| Fencing w/posts embedded in concrete | LF | $ 8 |
| Fencing w/posts above ground | LF | $ 3 |
| Vaults | EA | $ 10,800 |
| Laborers for Wash Down Areas | Hrly | $ 53 |
| Pressure Washers | EA | $ 2,250 |
| Abatement of Floor Tile | SF | $ 1.20 |
| Abatement of Mastic | SF | $ .50 |
| Abatement of Pipe Insulation and Mastic | LF | $ 10 |
| Abatement of spray Applied Fire Proofing | SF | $ 8 |
| Abatement of Insulation and Mastic from Interstitial Space Between Concrete and Steel Exterior including Mastic removed from Steel and Concrete | SF | $ 8.50 |
| Lead Based Paint Removal | SF | $ 3 |
| Lead Based Paint Component Removal (Pipes, Handrails, Non-Structural Items) | LF | $ 4 |
| Removal of Mercury Containing Components | EA | $ 15 |
| Removal of PCB Containing Components | EA | $ 4 |
| Ballast Disposal | EA | $ 4 |
| Removal of Asbestos Containing Fire Doors | EA | $ 50 |
| Decontamination Facility Set Up | EA | $ 900 |
| Load, haul, and dispose of unsuitable soils | CY | $ 25 |
| Load, haul and dispose of impacted soils | TON | $ 45 |
| Excavate and stock pile suitable soils | CY | $6 |

Initialed By:

Construction Manager

Contractor

TT0000005302

EXHIBIT G

ALTERNATE PRICING SCHEDULE

**A.**    **REQUESTED ALTERNATES**

     **1.**    **Bond:** The cost of a Performance and Payment Bond has been included in the Base Bid. If the owner elects to delete this requirement, we offer the following credit

             **PRICE:**      **DEDUCT TO BASE BID**      (**$33,535** _____ )

     **2.**    **Discount Payments:**

         1.    Terms:      Pay By _____

                     Discount _____ %

     3.    **Select Demo at the Neely Reactor:** Abatement and demolition of the vestibule, stack and retaining wall ONLY at the Neely Reactor Building and steel storage Building. See Exhibit "N"

                                               **$15,000** _____

**B.**    **VOLUNTARY ALTERNATES**

As an additional inducement to give our company consideration in making an award for
This work, we have developed the "voluntary alternates" prices as set forth on the attached
Sheet entitled _____ N/A _____ dated, _____ . It
is the intent of these alternates to yield to the Owner basically the same finished product in
terms of function, quality and performance had the specified material/work been utilized, while at the same time
offering the Owner savings in total cost.

The prices quoted are complete in every respect and include monies as necessary to make all
changes to the project to implement each alternate (Attach drawings, cut sheets, specs as appropriate)

Initialed By:

Construction Manager _____

Contractor _____

C-015
5/3/1999

T 32

TT0000005303

EXHIBIT H

MARK-UP SCHEDULE

**ADDED/DELETED WORK**

In the event you are requested to add or delete work from this contract and Whiting-Turner elects not to use unit prices, changes will be made for the <u>Net</u> cost of the change plus or minus the following mark-ups.

|   |   | ADD | DELETE |
|---|---|---|---|
| 1. | A mark-up on the costs for the direct field labor | <u>10%</u> | 10% |
| 2. | Mark-up on additional material/equipment | <u>5%</u> | 5% |
| 3. | Plus, if the added labor/material is performed by other than a first tier contractor, one further mark-up applied separately to the direct field labor/material costs. | <u>5%</u> | 5% |

Initialed By:

Construction Manager

Contractor

C-015
5/3/1999

H 33

TT0000005304



*Solutions for Your Site Development,*
*Construction, and Environmental Projects*

### Georgia Tech
### Demolition and Abatement
### Neely Reactor and ERB
### Subcontractors Cost Plus Basic Hourly Rates
### (Acme Contracting)

## Teamster

|  | % | A | B | C |
|---|---|---|---|---|
| Base Rate |  | $26.52 | $39.78 | $53.04 |
| **Taxes** |  |  |  |  |
| FICA | 7.65% | $2.03 | $3.04 | $4.06 |
| FU | 0.80% | $0.21 | $0.32 | $0.42 |
| SU | 10.30% | $2.73 | $4.10 | $5.46 |
| Insurance |  |  |  |  |
| Workers |  |  |  |  |
| Comp | 1.40% | $0.37 | $0.37 | $0.37 |
| Disability | 0.68% | $0.18 | $0.20 | $0.20 |
| Benefits |  |  |  |  |
| Medical/Dental | 16.86% | $4.47 | $0.00 | $0.00 |
| Vacation | 3.98% | $1.05 | $0.00 | $0.00 |
| Holiday | 3.10% | $0.82 | $0.00 | $0.00 |
| 401(k) | 1.70% | $0.45 | $0.45 | $0.45 |
| Subtotal |  | $38.84 | $48.26 | $64.01 |
| OH |  | $15.22 | $18.91 | $25.08 |
| G&A |  | $2.65 | $3.30 | $4.37 |
| Profit | 10% | $5.67 | $5.67 | $5.67 |
| Total |  | $62.39 | $76.14 | $99.14 |

T-35-1

5295 South Old US 23, Brighton, MI 48114, Phone (810) 227-0467, Fax (810) 227-2313
*The preferred and trusted partner of our clients and associates*

TT0000005305



*Solutions for Your Site Development,*
*Construction, and Environmental Projects*

### Georgia Tech
### Demolition and Abatement
### Neely Reactor and ERB
### Subcontractors Cost Plus Basic Hourly Rates
### (Acme Contracting)

## Laborer

|                | %       | A       | B       | C       |
|----------------|---------|---------|---------|---------|
| Base Rate      |         | $22.10  | $33.15  | $44.20  |
| Taxes          |         |         |         |         |
| FICA           | 7.65%   | $1.69   | $2.54   | $3.38   |
| FU             | 0.80%   | $0.18   | $0.27   | $0.35   |
| SU             | 10.30%  | $2.28   | $3.41   | $4.55   |
| Insurance      |         |         |         |         |
| Workers Comp   | 1.40%   | $0.31   | $0.31   | $0.31   |
| Disability     | 0.81%   | $0.18   | $0.20   | $0.20   |
| Benefits       |         |         |         |         |
| Medical/Dental | 20.23%  | $4.47   | $0.00   | $0.00   |
| Vacation       | 4.77%   | $1.05   | $0.00   | $0.00   |
| Holiday        | 3.73%   | $0.82   | $0.00   | $0.00   |
| 401(k)         | 2.04%   | $0.45   | $0.45   | $0.45   |
| Subtotal       |         | $33.53  | $40.33  | $53.45  |
| OH             |         | $13.14  | $15.80  | $20.95  |
| G&A            |         | $2.29   | $2.76   | $3.65   |
| Profit         | 10%     | $4.90   | $4.90   | $4.90   |
| Total          |         | $53.86  | $63.78  | $82.94  |

T-35-2

W C 7

5295 South Old US 23, Brighton, MI 48114, Phone (810) 227-0467, Fax (810) 227-2313
*The preferred and trusted partner of our clients and associates*

TT0000005306



*Solutions for Your Site Development,*
*Construction, and Environmental Projects*

### Georgia Tech
### Demolition and Abatement
### Neely Reactor and ERB
### Subcontractors Cost Plus Basic Hourly Rates
### (Acme Contracting)

#### Operator

|  | % | A | B | C |
|---|---|---|---|---|
| Base Rate |  | **$35.10** | **$52.65** | **$70.20** |
| Taxes |  |  |  |  |
| FICA | 7.65% | $2.69 | $4.03 | $5.37 |
| FU | 0.80% | $0.28 | $0.42 | $0.56 |
| SU | 10.30% | $3.62 | $5.42 | $7.23 |
| Insurance |  |  |  |  |
| Workers |  |  |  |  |
| Comp | 1.40% | $0.49 | $0.49 | $0.49 |
| Disability | 0.51% | $0.18 | $0.20 | $0.20 |
| Benefits |  |  |  |  |
| Medical/Dental | 12.74% | $4.47 | $0.00 | $0.00 |
| Vacation | 3.00% | $1.05 | $0.00 | $0.00 |
| Holiday | 2.35% | $0.82 | $0.00 | $0.00 |
| 401(k) | 1.29% | $0.45 | $0.45 | $0.45 |
| Subtotal |  | $49.15 | $63.66 | $84.50 |
| OH |  | $19.26 | $24.95 | $33.12 |
| G&A |  | $3.36 | $4.35 | $5.78 |
| Profit | 10% | $7.18 | $7.18 | $7.18 |
| Total |  | $78.95 | $100.14 | $130.57 |

T-35-3



5295 South Old US 23, Brighton, MI 48114, Phone (810) 227-0467, Fax (810) 227-2313
*The preferred and trusted partner of our clients and associates*

TT0000005307



*Solutions for Your Site Development,
Construction, and Environmental Projects*

Georgia Tech
Demolition and Abatement
Neely Reactor and ERB
Subcontractors Cost Plus Basic Hourly Rates
(Acme Contracting)


## Project Manager

| | % | A | B | C |
|---|---|---|---|---|
| Base Rate | | $40.63 | $60.95 | $81.26 |
| | | | | |
| Taxes | | | | |
| FICA | 7.65% | $3.11 | $4.66 | $6.22 |
| FU | 0.80% | $0.33 | $0.49 | $0.65 |
| SU | 10.30% | $4.18 | $6.28 | $8.37 |
| Insurance | | | | |
| Workers | | | | |
| Comp | 1.40% | $0.57 | $0.57 | $0.57 |
| Disability | 0.44% | $0.18 | $0.20 | $0.20 |
| Benefits | | | | |
| | | | | |
| Medical/Dental | 11.00% | $4.47 | $0.00 | $0.00 |
| Vacation | 2.59% | $1.05 | $0.00 | $0.00 |
| Holiday | 2.03% | $0.82 | $0.00 | $0.00 |
| 401(k) | 1.11% | $0.45 | $0.45 | $0.45 |
| | | | | |
| Subtotal | | $55.80 | $73.60 | $97.72 |
| | | | | |
| OH | | $21.87 | $28.84 | $38.29 |
| G&A | | $3.81 | $5.03 | $6.68 |
| Profit | 10% | $8.15 | $8.15 | $8.15 |
| | | | | |
| Total | | $89.62 | $115.62 | $150.84 |

T-35-4

5295 South Old US 23, Brighton, MI 48114, Phone (810) 227-0467, Fax (810) 227-2313
*The preferred and trusted partner of our clients and associates.*

TT0000005308



*Solutions for Your Site Development,*
*Construction, and Environmental Projects*

Georgia Tech
Demolition and Abatement
Neely Reactor and ERB
Subcontractors Cost Plus Basic Hourly Rates
(Acme Contracting)

Foreman

|  | % | A | B | C |
|---|---|---|---|---|
| Base Rate |  | $37.10 | $55.65 | $74.20 |
| **Taxes** |  |  |  |  |
| FICA | 7.65% | $2.84 | $4.26 | $5.68 |
| FU | 0.80% | $0.30 | $0.45 | $0.59 |
| SU | 10.30% | $3.82 | $5.73 | $7.64 |
| Insurance |  |  |  |  |
| Workers |  |  |  |  |
| Comp | 1.40% | $0.52 | $0.52 | $0.52 |
| Disability | 0.49% | $0.18 | $0.20 | $0.20 |
| Benefits |  |  |  |  |
| Medical/Dental | 12.05% | $4.47 | $0.00 | $0.00 |
| Vacation | 2.84% | $1.05 | $0.00 | $0.00 |
| Holiday | 2.22% | $0.82 | $0.00 | $0.00 |
| 401(k) | 1.22% | $0.45 | $0.45 | $0.45 |
| Subtotal |  | $51.55 | $67.25 | $89.28 |
| OH |  | $20.20 | $26.36 | $34.99 |
| G&A |  | $3.52 | $4.60 | $6.10 |
| Profit | 10% | $7.53 | $7.53 | $7.53 |
| Total |  | $82.81 | $105.74 | $137.90 |

T-35-5

5295 South Old US 23, Brighton, MI 48114, Phone (810) 227-0467, Fax (810) 227-2313
*The preferred and trusted partner of our clients and associates.*

TT0000005309

## EXHIBIT J

## MISCELLANEOUS BID DATA
### (1 of 2)

**I.    ADDENDA**

We hereby acknowledge receipt of the following addenda:

#1 dated January 18, 2006     #4   2/16/2006

#2 dated January 18, 2006

#3 — CRANE PHOTO'S

**II.    SUBCONTRACTORS – Circle One**

We DO / DO NOT plan to use sub-subcontractors for portions of this work, notably: (If yes, then list work and sub-subcontractors names )

Demolition, Scaffolding, Temporary Labor

**STORED MATERIALS – Circle One**

We DO / DO NOT plan to bill for off-site stored materials on this project, notable: (If yes, then list items and approximate value )

**IV.    SHUTDOWNS – Circle One**

We WILL / WILL NOT require shutdown(s) of existing services/systems to complete our Scope of Work (If yes, then list Services/Systems and duration of shutdown required )

**V.    MANHOURS by Exhibit C – Price Schedule**

Approximate TOTAL Dollar Value of all Field Labor for this bid    $ 770,000       .00

(complete schedule below)

Initialed By:

Construction Manager _____

Contractor _____

C-015

EXHIBIT J

MISCELLANEOUS BID DATA
(2 of 2)

Our estimate of the total number of field manhours necessary to complete this work is as follows:

## VI.  MANHOURS by Trade

Our breakdown of the above estimated total field manhours by trade is as follows:

| Item | Trade Classification (indicate trade) | Manhours |
|------|----------------------------------------|----------|
| 1. | _____ | _____ manhours |
| 2. | _____ | _____ manhours |
| 3. | _____ | _____ manhours |
| 4. | _____ | _____ manhours |
| 5. | _____ | _____ manhours |
| 6. | _____ | _____ manhours |
|    | TOTAL: | _____ manhours |

Initialed By:

Construction Manager _____

Contractor _____

TT0000005311

EXHIBIT L
EQUIPMENT RATE SCHEDULE

Equipment Rates are not to exceed 75% of the most recent edition of the Associated Equipment Distributors Rental Rates (AED). Rates include all fuel, taxes, maintenance, insurance, etc., as well as an allowance for overhead & profit.

On equipment not owned by this subcontractor, Whiting-Turner will pay the actual rental cost of the equipment plus 8% for overhead & profit. Under no circumstance will Whiting-Turner pay more than the current fair market value of the piece of equipment. At this point under rental, Whiting-Turner will pay for maintenance only. At the end of the rental period the equipment will be returned to the subcontractor.

### Subcontractor Equipment Billing Rate *

| Item | Equipment Description | AED Category | Rates* | | | |
|------|----------------------|--------------|--------|--------|--------|---------|
| | w/ Model Number | | Hourly | Daily | Weekly | Monthly |
| Ex. | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | PER ATTACHED | | | | |
| 4. | | | | | | |
| 5. | | SHEETS | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |

*Rate to be

Initialed By:

Construction Manager

Contractor



*Solutions for Your Site Development,
Construction, and Environmental Projects*

### Georgia Tech
### Demolition and Abatement
### Neely Reactor and ERB
### Subcontractors Equipment Rates
### (Acme Contracting)

| Equipment Description | Hourly | Daily | Weekly | Monthly |
|---|---|---|---|---|
| CAT 330 Hydraulic Excavator w/Bucket | $ 110.00 | $1,732.50 | $5,197.50 | $15,592.50 |
| CAT 330 Hyd. Exc. w/ Breaker | $ 185.00 | $2,432.50 | $7,297.50 | $21,892.50 |
| CAT 345 BL Hydraulic Excavator w/shear | $ 195.00 | $2,432.50 | $7,297.50 | $21,892.50 |
| CAT 350 BL Hydraulic Excavator | $ 185.00 | $2,100.00 | $6,300.00 | $18,900.00 |
| John Deere 750 Bulldozer | $ 131.25 | $1,050.00 | $3,150.00 | $ 9,450.00 |
| CAT D-5G Bulldozer | $ 131.25 | $1,050.00 | $3,150.00 | $ 9,450.00 |
| CAT D-6 Bulldozer | $ 140.00 | $1,120.00 | $3,360.00 | $10,080.00 |
| CAT D-8 Bulldozer | $ 140.00 | $1,400.00 | $4,200.00 | $12,600.00 |
| CAT 966 Trackloader | $ 161.87 | $1,295.00 | $3,885.00 | $11,655.00 |
| CAT 966 Front End Loader | $ 122.50 | $ 980.00 | $2,940.00 | $ 8,820.00 |
| CAT 980 Front End Loader | $ 160.37 | $1,283.33 | $3,849.99 | $11,549.98 |
| CAT 430 Rubber Tire Backhoe | $ 60.00 | $ 746.66 | $2,239.99 | $ 6,719.96 |
| Case 480 Rubber Tire Backhoe | $ 60.00 | $ 746.66 | $2,239.99 | $ 6,719.66 |
| Case 580 Rubber Tire Backhoe w/brkr | $ 145.83 | $1,166.66 | $3,499.99 | $10,499.96 |
| Bobcat 843 Skid Steer | $ 65.00 | $ 595.00 | $1,785.00 | $ 5,355.00 |
| Bobcat 843 Skid Steer w/concrete breaker | $ 122.50 | $ 980.00 | $2,940.00 | $ 8,820.00 |
| Rhino 66-Inch Smooth Drum Roller | $ 80.00 | $ 987.00 | $2,961.00 | $ 8,883.00 |
| CAT 725 Off-Road Dump Truck | $ 144.37 | $1,155.00 | $4,620.00 | $13,860.00 |
| CAT 735 Off-Road Dump Truck | $ 170.62 | $1,365.00 | $4,777.50 | $14,332.50 |
| Ford F-250 4x4 Extended Cab Pickup | $ 17.00 | $ 175.00 | $ 525.00 | $ 1,575.00 |
| Freightliner 28-Foot Support Vehicle | $ 56.87 | $ 455.00 | $1,365.00 | $ 4,095.00 |

T-39-1

5295 South Old US 23, Brighton, MI 48114, Phone (810) 227-0467, Fax (810) 227-2313
*The preferred and trusted partner of our clients and associates.*

TT0000005313

## EXHIBIT M
### DIVERSITY SPENDING PROGRAM

**1. Declaration**

It is The Owner and Whiting-Turner's requirement that Minority Owned Business Enterprises, Women Owned Business Enterprises, Small/Small Disadvantaged Businesses, and Veteran Owned Businesses be afforded "the maximum practicable opportunity to participate in the performance of The Construction Program's Purchase Orders and Subcontracts."

In order to ensure compliance with this requirement, the following specific actions shall be taken:

1. All subcontractors working on the project must make every effort to utilize the aforementioned entities for a **minimum of 10 percent** of their contract value.

2. This goal must specifically include all subcontractors, equipment and material vendors including all sub-tier entities to Whiting-Turner. General condition expenditures will also be included in this goal.

3. This program is to remain confidential and not be shared with any other entities without Whiting-Turner specific, written prior approval.

4. Bidders must, as part of their proposals, specifically indicate how they will achieve this goal as well as any premium costs included in their bid to meet this requirement. The Owner and Whiting-Turner reserve the right to decide whether to accept such premium from any bidder or to waive the goal and avoid the premium.

5. The owner and Whiting Turner may choose to waive any particular requirements in the interest of fairly achieving this goal. These waived requirements may include bonding, payment cycled, low bids, etc.

6. Whiting Turner will report quarterly to the owner on the status of this program. Subcontractors will be required to report compliance.

**2. Compliance**

In submitting this bid/proposal we HAVE / HAVE NOT complied with this goal (circle one).

Dollar values and percentages of this contract to be applied to our goal:

1.      Entity: ___2nd tier sub___     Dollar Value: $ 187,350.00
     Company Name: ___Midwest Services Inc___     Percentage: ___8___ %
     Please Describe: ___Temporary Labor___

2.      Entity: _____     Dollar Value: $ _____
     Company Name: _____     Percentage: _____ %
     Please Describe: _____

3.      Entity: _____     Dollar Value: $ _____
     Company Name: _____     Percentage: _____ %
     Please Describe: _____

Initialed By:

Construction Manager _____

Contractor _____

T-40

TT0000005314

EXHIBIT O
GSFIC Special Conditions


F.01   OWNER *(GSFIC)*:

Wherever the term "Owner" appears in these specifications, it shall mean Board of Regents of the University System of Georgia. The Georgia Institute of Technology is the Owner's Representative.

F.02   ARCHITECT *(GSFIC)*:

Wherever the term "Architect" appears in these specifications, it shall mean:

TBD

The Construction Manager, Office of Facilities, Georgia Institute of Technology will be responsible for the general administration of the contract and will be the Owner's and Architect's Representative.

F.03   CLEAN-UP:

The Contractor is responsible for disposal of any debris resulting from his work. Any areas in which the Contractor has performed work shall be left broom clean unless a more thorough cleaning is required by another section of these specifications

F.04   ACTS OF EXECUTIVE ORDERS *(by GSFIC)*:
The Contractor, by signing the contract, acknowledges that he is aware of and familiar with the contents and requirements of the following acts and executive orders:

(a)     High Voltage Act -- Georgia Law 1960, PP. 181-183.

(b)     Underground Gas Pipe Law -- Georgia Law 1969, PP 50-57.

(c)     William Steiger Occupational Safety and Health Act of 1970.

(d)     The non-discrimination clause contained in Section 202 Executive Order 11246 as amended by Executive Order 11375 relative to Equal Employment Opportunity for all persons without regard to race, color, religion, sex, or national origin and the implementing rules and regulations described by the Secretary of Labor are incorporated

(e)     Title 40, Code of Federal Regulations, Part 61, National Emission Standards for Hazardous Air Pollutants, Subparts A and M. U.S. Environmental Protection Agency Regulations for Asbestos.

Initialed By:

Construction Manager

Contractor

C-015
5/3/1999

TT0000005315

(f)     Asbestos, Title 29, Code of Federal Regulations, Section 1926.1101. Occupational Safety and Health Administration (OSHA), U.S. Department of Labor

     (g)     Lead, Title 29, Code of Federal Regulations, Section 1926.62. Occupational Safety and Health Administration (OSHA), U.S. Department of Labor

     (h)     O.C.G.A. 44-14-3612.5: The Contractor is required to obtain and post, at the Project site, a Notice of Commencement. The Notice of Commencement shall be filed, by the Contractor, with the clerk of the superior court of Fulton County, Georgia. The Board of Regents of the University System of Georgia or the Georgia Institute of Technology shall provide the Contractor with the street address of the Project in lieu of a legal description of the property

     (i)     Americans With Disabilities Act - Accessibility Guidelines for Buildings and Facilities, Federal Register, June 1994.

           Note: All reference to ANSI 117.1 within the technical specifications Division 1-16 for compliance with Handicap/Disability Access is superseded by the Official Code of Georgia which adopted the Standard Building Code of 1994 with Georgia amendments which references ADA-AG 1994.

     (j)     Georgia Official Code Chapter 9 of Title 25 as amended by The Utility Facility Protection Act@ (HB1290)

           All contractors shall conform to all provisions of this ACT. The contractor shall contact the Utilities Protection Center and request marking of all public utilities as per the law. In addition, at the same time, the contractor shall request, through the Georgia Tech construction manager, clearance of any and all digging on the Georgia Institute of Technology Campus. The contractor shall not dig without receiving a signed release to dig from Georgia Tech.

           The cost of all repairs will be at the contractor's expense if utilities are damaged without being provided clearance from Georgia Tech or The Utilities Protection Center.

~~F.05   BUILDER'S RISK INSURANCE *(by GSFIC):*~~

~~See General Conditions, Section E-27, Para. b)5, -- amount of Builder's Risk Insurance required shall be 100% of contract sum rather than 100% of the structure~~

F.06   SPECIAL CONDITIONS CLAUSES FOR NEW AND RENOVATION PROJECTS

Initialed By:

Construction Manager _____

Contractor _____

C-015
5/3/1999

TT0000005316

**INCLEMENT WEATHER** *(by GSFIC)*

The Contract Time will not be extended due to inclement weather. The time for performance of this Agreement, as stated in the Time for Completion, includes an allowance for inclement weather and shall be reflected in the Construction Schedule.

**CONTRACTOR VEHICLE PARKING** *(for incorporation into contract)*

The Board of Regents of the University System of Georgia and the Georgia Institute of Technology are under no obligation to provide the Contractor designated parking areas. The Contractor shall be responsible for arranging transportation to and from the job site for his employees and subcontractors. Contractors engaged in Institute-related work activities may be eligible for limited temporary parking privileges. All Contractor-owned and Contractor employee and subcontractor-owned vehicles must have a valid Georgia Tech parking permit to park anywhere on campus. The Facilities Project Manager is responsible for coordinating such requests with the Parking Office and vehicles parked without proper registration will be subject to Georgia Institute of Technology Motor Vehicle Regulations which can be viewed at www.parking.gatech.edu. Requests for contractor parking will be decided on a space available basis and the appropriate fees will be charged.

NOTE: Use of handicapped spaces, reserved spaces, restricted areas, landscaped areas, metered spaces, or sidewalk parking is not permitted.

Additional information regarding the fee schedule for parking can be found at www.parking.gatech.edu/parking/2_permit_parking/3_permit_prices.php

Contractors are required to purchase BuzzCard identification cards to work on campus. This information, and the cost, can be found at www.buzzcard.gatech.edu

CONTRACTOR IDENTIFICATION *(for incorporation into contract)*

All workers shall have a company picture ID on their person at all times.

**EROSION AND SEDIMENT CONTROL** *(GSFIC)*

The Contractor shall install and maintain erosion and sediment control devices to prevent adjacent streets, storm drains and property from accumulations of soil, sediment, or dust which result from his work. Devices installed to control sediment and prevent erosion shall comply with the requirements of the Georgia Tech Project Superintendent. The Contractor is responsible for monitoring downstream conditions throughout the construction period and clearing any debris, sediment, and dust caused by the progress of the Work. The Contractor shall inspect, maintain, and clear erosion and sediment control devices at least weekly unless otherwise directed by the Georgia Tech Project Superintendent. At the conclusion of the Work, the Contractor shall remove all installed devices and restoring the site to the satisfaction of the Georgia Tech Project Superintendent.

Initialed By:

Construction Manager _____

Contractor: _____

C-015
5/3/1999

I 40-3

**F-07  AMERICAN APPRAISAL ASSOCIATES STUDY**
     **SUGGESTED A-21 BUILDING COMPONENT LISTING** *(FOR INCORPORATION INTO CONTRACT)*

At Final Completion and as a condition of final payment, provide the following
schedule of values for the contract work as listed below  Provide value for only the
categories listed, which may not total to the contract sum.  Provide base cost only;
General Conditions and fee are not included.

Georgia Institute of Technology
American Appraisal Associates Study
Suggested A-21 Building Component Listing

| CSI Division | Name | Cost Value |
|---|---|---|
| 03,04,05 & 06 | General Structure and Building Envelope | $_____ |
| 07 | Roofing Systems | $_____ |
| 08 & 09 | Interior Partitions & Finishes Including Doors &Hardware | $_____ |
| 11 | Fixed Equipment | $_____ |
| 14 | Elevator & Conveying Systems | $_____ |
| 15 | HVAC & Mechanical | $_____ |
| 15 | Plumbing | $_____ |
| 16 | Electrical | $_____ |
| 15 & 16 | Fire Protection | $_____ |

Initialed By:

Construction Manager _____

Contractor _____

C-015
5/3/1999

I 4D-4

TT0000005318

G W C WHITING
(1883-1974)

*EX4;0;+ 4p'*

WILLARD HACKERMAN
PRESIDENT AND CEO

FOUNDED 1909

# THE WHITING-TURNER CONTRACTING COMPANY

(INCORPORATED)

## ENGINEERS AND CONTRACTORS

CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
DESIGN-BUILD
SPECIALTY CONTRACTING
OFFICE/HEADQUARTERS
RETAIL/SHOPPING CENTERS
HEALTHCARE
BIO-TECH/PHARMACEUTICAL
HIGH-TECH/CLEANROOM

One Lakeside Commons
990 Hammond Drive  Suite 1100
Atlanta  Georgia 30328
770-955-9300
Fax: 770-955-8030
www.whiting-turner.com

INSTITUTIONAL
DATA CENTERS
SPORTS AND ENTERTAINMENT
INDUSTRIAL
WAREHOUSE/DISTRIBUTION
MULTI-FAMILY RESIDENTIAL
ENVIRONMENTAL
BRIDGES, CONCRETE

---

**To:** All Bidding Contractors
Trade Contract No  11000-01
Demo + Abatement of the Neely Reactor, Electronics Research Building + Site

**From:** Trevor Pitt – Whiting-Turner

**Ref:** **Addendum 1** - Meeting Minutes from ERB & Neely Reactor Building Pre-Bid Conference

**Date:** January 18, 2006

**Attendee Distribution List:**

| Company Name | Contact | Fax Number |
|---|---|---|
| Tol Test | Sam Ansara | 419-794-3901 ✓ |
| Tol Test | Wayne Liny | 810-227-2313 ✓ |
| Marcor | Charles Barth | 678-291-0177 ✓ |
| Winter Construction | Tim Graham | 404-223-6251 ✓ |
| Conversion | Avi Levy | 770-263-8348 ✓ |
| Morley | John Davis | 770-569-9552 ✓ |
| National Environmental | Duane Barns | 770-446-6424 ✓ |
| Cleveland Wrecking | Steve Sheridan | 513-921-0902 ✓ |
| DH Griffin | Gerald West | 770-437-8288 ✓ |
| Donako | Jeff Coats | 678-407-9841 ✓ |
| Hudgins | Jim Hudgins | 404-523-8561 ✓ |
| Axis | Gordon Reynolds | 770-554-2865 ✓ |
| P.J. | Howard Frost | 404-691-1119 ✓ |
| ATC Associates | Greg Czachar | 770-427-1907 ✓ |
| ATC Associates | Daniel Watson | 770-427-1907 — |
| DPC | Fred Culleton | 404-373-7720 ✓ |
| ACME | David Macdonald | 248-374-1922 ✓ |
| Georgia Tech | John Duconge | 404-894-8188 ✓ |
| Georgia Tech | Bill Miller | 404-894-8188 — |
| GSFIC | Paul Blaum | 404-463-5779 ✓ |
| Richard+Wittschiebe | Mark Brandli | 404-688-2400 ✓ |

| Richard+Wittschiebe | Mike Snyder | 404-688-2400 — |
| Whiting-Turner | Mike Chlopek | 770-955-8030 |
| Whiting-Turner | Trevor Pitt | 770-955-8030 |
| Whiting-Turner | Josh Minshew | 770-955-8030 |
| Whiting-Turner | Kim Morton | 770-955-8030 |
| Whiting-Turner | Christen Levy | 770-955-8030 |



t 92

TT0000005320

**Bldg Tours**

Both the ERB Building and the Neely Reactor Building were walked by and the following items were highlighted during the walk:

A. Electronics Research Building (ERB)
   a. General Note: Bidder will be responsible for demolition and abatement and removal of this building and all remaining contents down to elevation 906.80'.
   b. Demolition contractor will be responsible for disconnecting all existing services to the building, including those not shown on plans
   c. Asbestos based tiles were pointed out.                    *See A10 #3*
   d. Lead based paint was pointed out.
   e. It was noted that a 100 ton bridge crane exists in the high bay area and will need to be demolished. Pictures of this crane are not available.
   f. All GT personnel and equipment will be moved out of the bldg by Feb 13 '06.
   g. A large chiller room was toured.
   h. A large mechanical room was toured. It was noted that at least two like this one exist.
   i. One (1) metal walk-in safe that is approx 12'x12' with a lower area that is 4' to 6' thick with steel and concrete was noted but not toured. Pictures will not be made available. — *See A10 # 4*
   j. Bldg has concrete structure, CMU walls, and wooden doors throughout.

B. Neely Reactor Building
   a. General Note: Bidder will be responsible for demolition and abatement and removal of this building and all remaining contents down to elevation 899.92'.
   b. 6 asbestos planters located along the roadway by the Neely Bldg to be removed.                    *See A10 #4*
                                                       *892.92*
   c. Lead paint exists on most surfaces.
   d. Mercury lights are hanging from the dome.
   e. Pipes are insulated with asbestos based materials.
   f. All material, trash, equipment, and debris in the reactor building and on the paved area outside the reactor building is to be removed by demolition contractor.
   g. The ceiling in the Neely Reactor is approximately 3" thick with asbestos insulation.
   h. Bldg has a gantry crane which was pointed out.
   i. There is a movable wall section that will allow for small-to-medium size equipment into the reactor shell.
   j. The tall emergency exhaust stack is made of steel with no liner, however it does have lead based paint.                    *see A10*
   k. ~~The window in the causeway, as well as the section of wall in the~~ basement    *# L*
      ~~that is below the window is to remain in place and shall not be demolished.~~
   l. There is a 3" thick lead wall within one observation room of the reactor.
   m. Bidders looked at typical section though the exterior shell (12"x 12" hole) exposing the concrete thickness, steel shell thickness, and individual layers of mastic. The location of the asbestos mastic was reviewed and visable

*LW (✓)*                    *T. 43*

      n. Reactor shell should be brought down flush with the slab on grade.
      o. Slab on grade is to remain.
      p. It was noted that asbestos mastic is on the concrete shell, the steel shell, and the insulation.

## III.   Formal Meeting and Q&A Session

A  Introductions
- a. GT Team was introduced
- b. ATC Team was introduced
- c. GA Tech Team was introduced

B. Review of Invitation to Bid dated January 5th, 2006
- a. Bidders should submit
  1. Two (2) signed copies of bid contract
  2. Bar Chart Schedule – Demolition of the ERB should be complete by 5/1/06 **at the latest**.
  3. Resumes of personnel working on site
  4. Insurance – Include $10Million Pollution policy, or premium to get policy. Liability must be $5 Million.
  5. All documents in required in bid package
- b. Bids are due Friday (1/20/06) in WT's main office at 2pm
- c. Presentations of selected bidders will be on 1/25/06 and 1/26/06
- d. The project drawing list was handed out and reviewed. The following drawings were also handed out as reverence sheets:
  1. E-101 dated 12/16/06
  2. S-203 dated 12/16/06
  3. S-204 dated 12/16/06
  4. S-205 dated 12/16/06
  5. S-206 dated 12/16/06
  6. S-308 dated 12/16/06
  7. S-405 dated 12/16/06
- e. Bidders should review the drawing list and purchase any and all drawings they need to successfully perform their scope of work. Full Drawings are available at GA Blue. www.gablue.com. Online for free – Login: QRS_nanotech, Passwd: nanotech.
- f. ATC will be doing all Testing for the owner (GaTech), but no OSHA Testing. Demo/Abatement OSHA Testing is the bidder's responsibility.
- g. Parking on site is not provided. Parking of bidders personnel is the responsibility of the bidder.

C. Review Documents
- a. All bid package forms and documents were reviewed
- b. The bid form for the Electronic Research Building (ERB) was reviewed.
- c. The bid form for the Neely Reactor Building was reviewed

D. Review Bid Form/Trade Contract
- a. Three (3) Different Bids
  1. Neely Reactor – Demo, Abatement, and Misc. Construction

        2  ERB Abatement

        3.  ERB and Site Demolition and Erosion Control

  b.  Scope Review

      1.  Neely Reactor – Demo, Abatement, and Misc. Construction

          1  Changes to scope review made in pre-bid meeting:

              a.  Item 2: This contractor should submit a copy of their lead and *asbestos* program with their bid, *and a component safety plan for such program documenting their trained personnel who will be on site.*

              b.  Item 4: *Submit a unit cost for the medical exams for WT personnel.*

              c.  Item 6: Include both hot and cold water for decontamination as *well as proper disposal of contaminates*

              d.  Item 7: This contractor is responsible for all hauling permits as needed, *as well as all chain of custody and routing documentation, copies of which shall be available for WT and the owner*

              e.  Item 8: This contractor is solely responsible for the abatement enclosure, including restricting access to their own personnel and WT personnel, *and all visitors*

              f.  Added Item: *This contractor is responsible for all required signage and maintenance of signage while on site performing abatement and demolition work.*

              g.  Item 12 and 13: This contractor is responsible for all temporary shoring. *All shoring and support scaffolding shall be engineered and stamped with supporting drawings Submit a shoring plan with your bid.*

              h.  Item 22: *Qualified subcontractors are to perform all related work.*

      2  Assume concrete encasement of all electrical lines.

      3.  ERB Abatement

          1  Changes to scope review made in pre-bid meeting:

              a.  Item 2: This contractor should submit a copy of their lead and *asbestos* program with their bid, *and a component safety plan for such program documenting their trained personnel who will be on site.*

          2.  ATC will be doing all Testing for the owner (GaTech), but no OSHA Testing  Demo/Abatement OSHA Testing is Bidder's responsibility.

      4.  ERB and Site Demolition and Erosion Control

          1.  Changes to scope review made in pre-bid meeting:

              a.  Item 3: *Change elevation from906 80' to 912.00.*

              b.  *Fencing and shoring*

T-45

TT0000005323

        i   *Provide all new fence.*

        ii  *Maintenance of fence will be for the period of time while the contractor is on site.*

        iii  *Provide a unit price for continuous tops rails along the fence*

   c.  *Wash Down areas*

        i  *Provide two (2) Wash Down areas, one at the east entrance and one at the west entrance to the site.*

        ii  *Maintain and secure (i e. lock up) pressure washers until your contract is complete.* Contractor is responsible for turning over six (6) operational pressure washers to WT at the end of their contract.

2. All steam lines on the site plan will be removed by GT

3. Assume concrete encasement of all electrical lines.

4. A complete comprehensive survey of all piles, foundations, or anything left below elevation 906.80' must be turned in at demolition completion, or as soon as they become known.

5. ~~Submit a shoring plan with your bid.~~

6. ~~Shoring should protect the tree~~ drip lines along the tree save area

7. ~~Shoring for tree~~ drip lines should be 3'-6" away from the south face of the new building foundation wall

*[handwritten left margin: see ADD #4 con E B]*

E. Questions + Answers

   a.  Is the elevator freight or passenger? ANSWER BY WT: Freight. Bidders are responsible for disposal of any and all hydraulic fluid from elevators or cranes (as well as filing any required associated paperwork for disposal)

   b.  How far down does the reactor shell asbestos removal go? ANSWER BY ATC: To Neely Reactor Building SOG Elevation, approx ~~899.92~~. *892.92 see ADD #4*

   c.  Will WT provide layout lines? ANSWER BY WT: Yes, Basic north/south control lines and one elevation.

   d.  ATC personnel do not need respirators, but will need suits.

   e.  Are abatement samples needed? ANSWER BY ATC: Yes.

   f.  Who insures WT personnel for general liability? ANSWER BY WT: WT does.

   g.  Does the reactor wall below grade need to be sawcut to the finished SOG elevation? ANSWER BY ATC: No, it can be hammered or chipped if it is below grade. Wall adjacent to Neely Building must be sawcut. All walls will be brought down to top of slab on grade elevation.

   h.  Can the holes in the Neely Reactor Building SOG be filled with slurry? ANSWER BY ATC: Yes.

   i.  Post Meeting Questions:

      1.  The bid package includes a breakdown by man hour for the various tasks associated with the scopes of work. Will The Whiting-Turner

T-96

Contracting Company, Georgia Institute of Technology or any other entity request a refund, rebate and or any other type of deduct or discount from the contractor or his subcontractors if the estimated man hours are not used in the execution of the contract work? ANSWER BY WT: No.

2. Are prevailing wages required? ANSWER BY WT: No.

3. Are the General Conditions available for review via electronic format? ANSWER BY WT: No, Hard copies are available to review in WT's office

4. Can the diversity spending program goals be satisfied if 10% or more of the total contract value is subcontracted to a single WBE? ANSWER BY WT: There are no specific diversity goals, however, if you have WBE's, or MBE's please list their participation %'s



T- 47

TT0000005325



Nanotechnology
Research Center
Building

Georgia Institute
of Technology

HRW Zander

Bolte Overland Jackson

OVERALL FOUNDATION AND
DRILLED PIER PLAN
LEVEL 0

Research Facilities Design

S-100          0

FOUNDATION PLAN LEVEL 0

T-48

TT0000005326



TT0000005327



TT0000005328

T-50

FOUNDATION PLAN
LEVEL 0, SECTOR 4

Nanotechnology
Research Center
Building

Georgia Institute
of Technology

S-204



TT0000005329

T-51



TT0000005330

T-52



T-53

TT0000005331



Georgia Institute of Technology

Nanotechnology
Research Center
Building

m·w·zander
Bohlin Cywinski Jackson

Research Facilities Design
Clough, Harbour & Associates
Stanley Love Stanley

LAB OFFICE/GALLERY
SECTIONS AND DETAILS

S-405



STATE STREET

ATLANTIC AVENUE

ELECTRICAL SITE PLAN - POWER

Georgia Institute
of Technology

Nanotechnology
Research Center
Building

ELECTRICAL
SITE PLAN
POWER

E-101

T-55

TT0000005333

# THE WHITING-TURNER CONTRACTING COMPANY

(INCORPORATED)

### ENGINEERS AND CONTRACTORS

CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
DESIGN-BUILD
SPECIALTY CONTRACTING
OFFICE/HEADQUARTERS
RETAIL/SHOPPING CENTERS
HEALTHCARE
BIO-TECH/PHARMACEUTICAL
HIGH-TECH/CLEANROOM

One Lakeside Commons
990 Hammond Drive  Suite 1100
Atlanta, Georgia 30328
770-955-9300
Fax: 770-955-8030
www.whiting-turner.com

INSTITUTIONAL
DATA CENTERS
SPORTS AND ENTERTAINMENT
INDUSTRIAL
WAREHOUSE/DISTRIBUTION
MULTI-FAMILY RESIDENTIAL
ENVIRONMENTAL
BRIDGES  CONCRETE

**To:**   All Bidding Contractors
Trade Contract No  11000-01
Demo + Abatement of the Neely Reactor, Electronics Research Building + Site

**From:**  Trevor Pitt – Whiting-Turner

**Ref:**   Addendum 2 – Answers to RFI # 12

**Date:**  January 18, 2006

### Attendee Distribution List:

| Company Name | Contact | Fax Number |
|---|---|---|
| Tol Test | Sam Ansara | 419-794-3901 ✓ |
| Tol Test | Wayne Liny | 810-227-2313 ✓ |
| Marcor | Charles Barth | 678-291-0177 ✓ |
| Winter Construction | Tim Graham | 404-223-6251 ✓ |
| Conversion | Avi Levy | 770-263-8348 ✓ |
| Morley | John Davis | 770-569-9552 ✓ |
| National Environmental | Duane Barns | 770-446-6424 ✓ |
| Cleveland Wrecking | Steve Sheridan | 513-921-0902 ✓ |
| DH Griffin | Gerald West | 770-437-8288 ✓ |
| Donako | Jeff Coats | 678-407-9841 ✓ |
| Hudgins | Jim Hudgins | 404-523-8561 ✓ |
| Axis | Gordon Reynolds | 770-554-2865 ✓ |
| P.J. | Howard Frost | 404-691-1119 ✓ |
| ATC Associates | Greg Czachar | 770-427-1907 ✓ |
| ATC Associates | Daniel Watson | 770-427-1907 – |
| DPC | Fred Culleton | 404-373-7720 ✓ |
| ACME | David Macdonald | 248-374-1922 ✓ |
| Georgia Tech | John Duconge | 404-894-8188 |
| Georgia Tech | Bill Miller | 404-894-8188 |
| GSFIC | Paul Blaum | 404-463-5779 |
| Richard+Wittschiebe | Mark Brandli | 404-688-2400 |





| Richard+Wittschiebe | Mike Snyder | 404-688-2400 |
| Whiting-Turner | Mike Chlopek | 770-955-8030 |
| Whiting-Turner | Trevor Pitt | 770-955-8030 |
| Whiting-Turner | Josh Minshew | 770-955-8030 |
| Whiting-Turner | Kim Morton | 770-955-8030 |
| Whiting-Turner | Christen Levy | 770-955-8030 |

**II.**   **See attached RFI 12  - Two (2)  pages.**

+ .ร 1

TT0000005335



# REQUEST FOR INFORMATION
### Nanotechnology Research Center
Whiting-Turner
Atlanta Georgia
Phone: (770) 955-9300  Fax: (770) 955-8030

RFI #:  12    DESCRIPTION:  Neely Reactor Site Utilities

SENT TO:  M+W Zander    FROM:  Robert Collom

ATTENTION:  John Busch    AREA INVOLVED:  Sitework

DATE SUBMITTED:  1/6/2006    DWG / DETAIL:  CD-100

**PROBLEMS / COMMENTS**   Drawing CD-100 shows a 1.25" gas line and a 3" storm drain to the east of the Neely Reactor Building. Drawing CD-100 also shows 1"-2" water lines to the south, east and west of the Neely Reactor Building. Please confirm that these site utilities are to be removed by us

We also note a 2.5" CIP, 1-2" duct, and 1-2" EC to the west of the Neely Reactor. The CIP, duct and EC do not appear to have a beginning or ending point. Please provide the scope of the lines and let us know if the lines are to be removed

Signature:    Date:    Title:

Date Needed:    ENG:    PM:

RESPONSE:    Response Date

CC.

| Paul Blaum | | Keith Douglas | | TBD | | TBD | |
|---|---|---|---|---|---|---|---|
| John Duconge | | Steve Swan | | TBD | | TBD | |
| TBD | | Kris Saterfield | | TBD | | TBD | |
| Mike Chlopek | | Robert Collom | | TBD | | TBD | |
| Trevor Pitt | | Ed Friedman | | W-T File | | | |
| Cindy Seifert | | TBD | | | | | |



T-58

TT0000005336



RICHARD + WITTSCHIEBE
ARCHITECTURE
INTERIORS
PLANNING

## RFI RESPONSE

| Project Name: | J-77C Georgia Institute of Technology Neely Reactor Demolition/Abatement | RFI No.: | **012** |
|---|---|---|---|
| Project No : | J-77C 200523 | Date: | 01/17/06 |
| Owner: | GSFIC | | |

| To ATC: | Darryl Watson, ATC Associates, Inc 1300 Williams Drive, Suite A Marietta, GA 30066 770.427.9456 tel 770.427.1907 fax |
|---|---|
| | Fax and Mail |

The Work shall be carried out in accordance with the following instructions issued in accordance with the Contract Documents without change in Contract Sum or Contract Time. Proceeding with the Work described in these instructions indicates your acknowledgment that there will be no change in Contract Sum or Contract Time. If a change to the Contract Sum or Contract Time is anticipated by the Contractor based on the following supplemental instructions, a written proposal to the Owner and the Architect by the Contractor for change to the Contract Sum or Contract Time is required prior to execution of the work.

**Request for Information:** Whiting Turner RFI #12 attached

**Response:** Remove the 1.25" gas line from the meter to the face of the building and cap.
Protect the 3" storm line – it is to remain.
Remove the 2.5" CIP from eastern most CO to JB #553, patch opening in JB.
Remove 1-2" duct from site lighting j-box to termination at metal building.
Remove 1"-2" EC from site lighting to inside of Neely building electrical room, remove conductor, provide spare in panel, seal exterior wall opening at penetration.

**Requested by:**

_____ 01/17/06
(Signature)                      (Date)
Mark H Brandli
Principal
Richard + Wittschiebe Architects
(Printed name and title)

**Distribution:** John Duconge (GIT) (404) 894-8188
file

T-59

TT0000005337





Addendum
#3 Photos of 100 Ton Crane
in ERB Bldg.

W × )

T-60

TT0000005338



T-61

TT0000005339

G.W.C WHITING
(1883-1974)

FOUNDED 1909

WILLARD HACKERMAN
PRESIDENT AND CEO

# THE WHITING-TURNER CONTRACTING COMPANY

(INCORPORATED)

## ENGINEERS AND CONTRACTORS

CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
DESIGN-BUILD
SPECIALTY CONTRACTING
OFFICE/HEADQUARTERS
RETAIL/SHOPPING CENTERS
HEALTHCARE
BIO-TECH/PHARMACEUTICAL
HIGH-TECH/CLEANROOM

One Lakeside Commons
990 Hammond Drive. Suite 1100
Atlanta, Georgia 30328
770-955-9300
Fax: 770-955-8030
www.whiting-turner.com

INSTITUTIONAL
DATA CENTERS
SPORTS AND ENTERTAINMENT
INDUSTRIAL
WAREHOUSE/DISTRIBUTION
MULTI-FAMILY RESIDENTIAL
ENVIRONMENTAL
BRIDGES CONCRETE

**To:** Toltest, Inc.
Trade Contract No. 11000-01
Demo + Abatement of the Neely Reactor, Electronics Research Building + Site

**From:** Ryan Smith – Whiting-Turner

**Ref:** **Addendum 4** – Clarifications and Unit Prices

**Date:** February 16, 2006

1. **Chilled water piping on State Street is to be disconnected and caped off at the manhole. Underground is to be removed to the curb line and caped off but does not need to be removed from under State Street.**

2. **Fencing around perimeter of site needs to be on the east curb of Atlantic Ave shown on the 95% drawings that was shown differently on the 100% documents.**

3. **Contractor is to work five (10) hour shifts for abatement and (6) 10 hour shifts for the demolition**

4. **Contractor is aware of the steel aggregate in the concrete slab of the Reactor building. It is also aware of the higher strength of concrete possibly being 10,000 psi or higher.**

5. **Contractor has had the opportunity to tour the entire ERB building and includes any and all demolition of items remaining in the building.**

6. **Contractor will be responsible for demolition, abatement, and removal of Neely reactor building and remaining contents down to elevation 892.92' not the 899.92' shown on drawings and referenced in Addendum #1.**

7. **Contractor is responsible for all drawings located on CD of Neely Reactor handed out at GT presentation.**




T-62

TT0000005340

8.      Contractor is responsible for submitting EPD abatement application and all fees associated with the application process.

9.      Contractor will add two (2) additional man gates along State Street.

10.      Contractor is to salvage any furniture that Whiting-Turner plans to use for its on site trailer complex. This is to be coordinated with Whiting-Turner superintendent.

11.      Fiber optic line at Atlantic Street is to be disconnected from the building to the east of Atlantic and is to be pulled out of the conduit the length of Atlantic. All conduit on the site is to be demolished to the curb and capped off. Conduit under Atlantic is to remain.



T-63

TT0000005341



February 15, 2006

Mr. Mike Chlopek
The Whiting-Turner Contracting Company
One Lakeside Commons
990 Hammond Drive, Suite 1100
Atlanta, GA 30328

Re: Demo & Abatment of the Neely Reactor and ERB

Mr. Chlopek,

In response to our earlier conversation, TolTest is pleased to provide you with the
following pricing information relevant to the above referenced project

1  Deletion of the tree protection associated with the tree's between the ERB and Ferst
Drive

|  |  |
|---|---|
| Deduct | $  1,500.00 |

2  Elimination of the shoring associated with the ERB

|  |  |
|---|---|
| Deduct | $109,620.00 |

3.  Change grade of ERB from 906 to 909.

|  |  |
|---|---|
| Deduct | $ 26,400.00 |

4  Excavate and stockpile suitable soil

|  |  |
|---|---|
| Price Per Yard | $      6.00 |

Please note that we have provided a total deduction of the price for the line items for tree
fencing and shoring. We are very eager to provide you with the information you require
in making your determination on this project. Please do not hesitate to call me if I may be
of further assistance

Sincerely,

Wayne Lint
Project Manager

T-64

TT0000005342



February 14, 2006

Mr. Mike Chlopek
The Whiting-Turner Contracting Company
One Lakeside Commons
990 Hammond Drive, Suite 1100
Atlanta, GA 30328

Re: Demo & Abatment of the Neely Reactor and ERB

Mr Chlopek,

As discussed in our meeting with Whiting-Turner on Thursday, February 9 2006, we are providing the following additional information relevant to our proposal for work at the Georgia Tech Neely Reactor and ERB.

1  Removal of tree's originally scheduled for protection between the ERB and Ferst Drive

|  | Add | $ 3,840.00 |

2. Elimination of tree protection for trees scheduled to be saved between the ERB and Ferst Drive.

|  | Deduct | $    250.00 |

3  Elimination of shoring associated with the ERB.

|  | Deduct | $86,400.00 |

4. Load, haul and dispose of unsuitable soils.

|  | Price Per Yard | $    25.00 |

5. Load, haul and dispose of impacted soils.

|  | Price Per Ton | $    45.00 |

6. Reduce level of the final floor grade ERB building

|  | Add/Deduct | No Change |

*The level of effort required to handle the caissons will counter the costs associated with the fill materials.*

7  Remove soils testing costs from base bid.

|  | Deduct | $1,500.00 |

T-65

TT0000005343

8. Sales tax is included in our base bid  These itemized costs are broken out as follows:

| | |
|---|---|
| Neely Reactor | $27,739 00 |
| ERB Abatement | $14,100 00 |
| ERB Demolition | $34,705 00 |

9  Equipment daily, weekly and monthly rates are attached

10. TolTest has included in our base bid the appropriate labor rates for foreseeable billable hourly associates performing additional work on a cost plus basis  Additional labor rates for Acme contracting are attached  TolTest would of course markup the Acme labor rates +5% as is appropriate for the subcontractor markup schedule in accordance with the contract documents

12. TolTest would like to reiterate that we understand the following regarding the wash pits which will be installed during this contract  The wash pits will be installed, maintained and operated under this contract  The wash pits will be manned under this contract until the completion of our work  Upon completion of our work manning, operating and maintaining the wash pits will be performed by others  TolTest also understands that 6 power washers will be delivered to the job site, their sole purpose will be to support the wash pits  TolTest also understands that ownership of the power washers will turned over to The Whiting-Turner Contracting Company upon completion of our work

13. TolTest failed to completely understand the insurance requirements of this project  Our base bid did not include the required insurance as specified  Most specifically our price did not reflect the correct 10 million dollar pollution liability coverage  Our price to include the necessary insurance coverage as specified:

Add    $14,900.00

I believe this covers the additional information requested during our meeting  If it does not, or you require further information we would be pleased to provide it in an expeditious manner.

Sincerely,

Wayne Lint
Project Manager

-2-


T÷bb

TT0000005344



TYPICAL CONTAINMENT SHELL SECTION

T-67

TT0000005345



T-69

TT0000005346

*Exhibit "Q"*



*Solutions for Your Site Development,*
*Construction, and Environmental Projects*

April 10, 2006

Mr Ryan Smith
Whiting-Turner Contracting Company
One Lakeside Commons
990 Hammond Drive
Suite 1100
Atlanta, GA 30325

Re: Neely Reactor and ERB Demolition and Abatement

Dear Mr. Smith,

As per our conversation today, TolTest, Inc will honor our pricing and proposed
schedule as submitted assuming a release date and execution of contract during the week
of April 10, 2006.

Sincerely

Wayne Lint
Project Manager

5295 South Old US 23, Brighton, MI 48114, Phone (810) 227-0467, Fax (810) 227-2313
*The preferred and trusted partner of our clients and associates*

K     T-69
4-12-06

TT0000005347