Odon

# Acme Contracting, Ltd
P.O. Box 700523
Plymouth, MI 48170

# Invoice

| Date | Invoice # |
|---|---|
| 9/15/2006 | 603 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P O No | Terms | Project |
|---|---|---|
| 20877.02 | Net 30 | A6005 Georgia Tech |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Geo Textile Fabric | 200.00 | 200.00 |
| | Per Brian Walters | | |

Not approved
per Lance Parsons
12-27-06

PURCHASE ORDER #
PROJECT NUMBER
GRADE
DATE APPROVED
APPROVED B
ACCOUNTING USE ONLY
LOCATION
ACCT GL NUMBER

RECEIVED SEP 1 8 2006

DEC 2 7 2006

A6005- Georgia Tech

| | |
|---|---|
| **Total** | $200.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $200.00 |

# Acme Contracting, Ltd

P.O. Box 700523
Plymouth, MI 48170

*Odon*

# Invoice

| Date | Invoice # |
|---|---|
| 10/23/2006 | 609 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P.O. No. | Terms | Project |
|---|---|---|
| P001652 | Net 30 | A6005 Georgia Tech |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Erosion Control | 48.00 | 48.00 |
| 1 | Erosion Control | 783.50 | 783.50 |
| 1 | Erosion Control | 1,296.00 | 1,296.00 |
| 1 | Erosion Control | 414.99 | 414.99 |
| 1 | Erosion Control | 643.61 | 643.61 |
| 1 | 15% Overhead and Profit | 477.92 | 477.92 |

A6005- Georgia Tech

| | |
|---|---|
| **Total** | $3,664.02 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,664.02 |

# Acme Contracting, Ltd

P.O. Box 700523
Plymouth, MI 48170

*Odon*

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2006 | 610 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P.O. No. | Terms | Project |
|---|---|---|
| P001652 | Net 30 | A6005 Georgia Tech. |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Relocate fence at SE corner of Site | 500.00 | 500.00 |
|   | 15% Overhead | 75.00 | 75.00 |

A6005- Georgia Tech

PURCHASE ORDER #
PROJECT #
DATE APPROVED
APPROVED BY
ACCOUNTING USE ONLY
LOCATION
ACCT GL NUMBER

| Total | $575.00 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $575.00 |

Odon

# Acme Contracting, Ltd

P.O. Box 700523
Plymouth, MI  48170

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2006 | 611 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH  43537 |

| P.O. No. | Terms | Project |
|---|---|---|
| P001652 | Net 30 | A6005 Georgia Tech |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Transformer administration<br>15% Overhead and Profit | 1,344.30<br>201.65 | 1,344.30<br>201.65 |

PURCHASE ORDER # _____
PROJECT # _____
DATE APPROVED _____
APPROVED BY _____
ACCOUNTING USE ONLY
LOCATION _____
ACCT GL NUMBER _____

A6005- Georgia Tech

| | |
|---|---|
| **Total** | $1,545.95 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,545.95 |

# Acme Contracting, Ltd

P.O. Box 700523
Plymouth, MI 48170

*Odon*

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2006 | 612 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P O No. | Terms | Project |
|---|---|---|
| P001652 | Net 30 | A6005 Georgia Tech |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Submittals | 4,080.00 | 4,080.00 |

A6005 - Georgia Tech

PURCHASE ORDER #
PROJECT #
DATE APPROVED
APPROVED BY
ACCOUNTING USE ONLY
LOCATION
ACCT GL NUMBER

| | |
|---|---|
| **Total** | $4,080.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,080.00 |


*Odon*


# Acme Contracting, Ltd
P.O. Box 700523
Plymouth, MI 48170

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2006 | 613 |

**Bill To**
Toltest
1480 Ford
Maumee, OH 43537

| P.O. No. | Terms | Project |
|---|---|---|
| D001652 | Net 30 | A6005 Georgia Tech |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Hand Winch for Containment Doors | 248.43 | 248.43 |
|   | 15% Overhead | 37.26 | 37.26 |

A6005 - Georgia Tech

PURCHASE ORDER #
PROJECT #
DATE APPROVED
APPROVED BY
ACCOUNTING USE ONLY
LOCATION
ACCT GL NUMBER

| Total | $285.69 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$285.69** |

# Acme Contracting, Ltd

P.O. Box 700523
Plymouth, MI 48170

Odon

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2006 | 614 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P.O. No. | Terms | Project |
|---|---|---|
| P001652 | Net 30 | A6005 Georgia Tech |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Core Drilling Stand By Time | 255 00 | 255 00 |
|   | 15% Overhead & Profit | 38 25 | 38 25 |

PURCHASE ORDER #
PROJECT #
DATE APPROVED
APPROVED BY
ACCOUNTING USE ONLY
LOCATION
ACCT GL NUMBER

2006

A6005- Georgia Tech

| | |
|---|---|
| **Total** | $293.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $293.25 |

*Odon*

# Acme Contracting, Ltd

P.O. Box 700523
Plymouth, MI 48170

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2006 | 615 |

| Bill To |
|---|
| Toltest<br>1480 Ford<br>Maumee, OH 43537 |

| P.O. No. | Terms | Project |
|---|---|---|
| PO01652 | Net 30 | A6005 Georgia Tech |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | A/C Unit | 5,950.11 | 5,950.11 |
| 1 | Set-Up | 832.18 | 832.18 |
| 1 | Tear Down | 832.18 | 832.18 |
| 1 | Fuel | 1,933.93 | 1,933.93 |
|   | 15% Overhead | 1,432.26 | 1,432.26 |

PURCHASE ORDER # _____
PROJECT # _____
DATE APPROVED _____
APPROVED BY _____

*ACCOUNTING USE ONLY*
LOCATION
ACCT GL NUMBER _____

RECEIVED 2 5 2006

A6005- Georgia Tech

| | |
|---|---|
| **Total** | $10,980.66 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,980.66 |