

**RHD services inc.**
630 10th Street, N.W.
Atlanta, GA 30318
404-874-8585

Odon

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/30/2007 | 9226 |

| BILL TO | PROJECT LOCATION |
|---|---|
| Toltest, Inc.<br>1480 Ford Street<br>Maumee, OH 43537 | Georgia Tech<br>Nanotechnology Building<br>374 Ferst Street<br>Atlanta, GA<br>Attn: Brian Waters 210-304-0504 |

| P.O. NO. | TERMS |
|---|---|
| P002278 | Due on receipt |

| DESCRIPTION | PERFORMED ON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Additional hours (Ground Penetrating Radar)<br>Continuation of previous job<br><br>Total $585<br><br>Purchase Order # 0022278<br><br>Thank you for your continued business!!! | 1/15/2007 | 3 | 195.00 | 585.00 |

PURCHASE ORDER # P002278
PROJECT NUMBER
GRADE
DATE APPROVED 2-8-07
APPROVED BY BLW
ACCOUNTING USE ONLY
LOCATION
ACCT GL NUMBER

RECEIVED FEB 0 5 2007

Unpaid balances after 30 days will accrue interest at the rate of one and one-half percent per month

**Total** $585.00



# Invoice

630 10th Street, N.W
Atlanta, GA 30318
404-874-8585

Odw

| DATE | INVOICE # |
|---|---|
| 12/11/2006 | 9092-1 |

| BILL TO |
|---|
| TolTest Headquarters<br>1480 Ford Street<br>Maumee, OH 43537 |

| PROJECT LOCATION |
|---|
| Georgia Tech/New Nanotech Bldg<br>374 Ferst Street<br>Atlanta, GA<br>Brian Walters 210-304-0504 |

| P.O. NO. | TERMS |
|---|---|
| P002278 | Due on receipt |

| DESCRIPTION | PERFORMED ON | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Ground Penetrating Radar services. First two hours on site (Minimum Charge) | 11/18/2006 | | 600.00 | 600.00 |
| Additional hours | 11/18/2006 | 3.5 | 195.00 | 682.50 |
| Additional technician, hours | 11/18/2006 | 5.5 | 95.00 | 522.50 |
| Overtime premium add-on | 11/18/2006 | 11 | 35.00 | 385.00 |
| Purchase Order No. P002278 (21020 01) | | | | |
| Purchase Order Value $9,320.00 | | | | |
| Less invoice 9092-1 $2,190.00 12/11/2006 | | | | |
| Remaining Value $7,130.00 | | | | |
| Thank you for your business!! | | | | |

P002278
21020.01
9-27-07
BLW

RECEIVED AUG 2 7 2007

| Unpaid balances after 30 days will accrue interest at the rate of one and one-half percent per month | Total | $2,190.00 |
|---|---|---|