| Original - Court | 3rd copy - Return (proof of service) |
|---|---|
| 1st copy - Garnishee | 4th copy - Plaintiff/Attorney (proof) |
| 2nd copy - Defendant | |

Approved, SCAO

| STATE OF MICHIGAN<br>_____ JUDICIAL DISTRICT<br>_____ JUDICIAL CIRCUIT<br>U.S. Dist. Ct., Eastern Dist of Mich | REQUEST AND WRIT FOR GARNISHMENT<br>(PERIODIC) | • CASE NO.<br>2:07-cv-10950 |
|---|---|---|

**Court address**
231 W. Lafayette Blvd., Suite 257, Detroit, MI

**• Zip code**
48226

**Court telephone no.**
(313) 234-5005

**Plaintiff name and address (judgment creditor)**
ACME CONTRACTING, LTD.

v

**Defendant name and address (judgment debtor)**
Toltest, Inc.
1480 Ford Street
Maumee, OH 43537

**Plaintiff's attorney, bar no., and address**
J. Christian Hauser (P57990)
1668 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302
Telephone no.
(248) 334-6767

**Social security no.**

**Employee ID or account no.**
0099907402

**Garnishee name and address**
Fifth Third Bank Operations
Legal Entry MD 1MOC2Q
5050 Kingsley Drive, Cincinnati, OH 45263

FILED
AUG - 6 2008
CLERK'S OFFICE
DETROIT

**REQUEST** | See instructions for item 2 on other side

1. Plaintiff received judgment against defendant for $ 2,096,876.21 on July 17, 2008.
2. The total amount of judgment interest accrued to date is 2,539.20. The total amount of postjudgment costs accrued to date is 0.00. The total amount of postjudgment payments and credits made to date is 0.00. The amount of the unsatisfied judgment now due (including interest and costs) is * $ 2,099,415.41.
3. Plaintiff knows or with good reason believes that the garnishee is indebted or obligated to the defendant for periodic payments.
4. **Plaintiff requests** a writ of periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

08/06/08
Date

*/s/ Christian Hauser* P57990
Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT** | To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), 2 copies of this writ, and a $6.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 91 days.

**TO THE DEFENDANT:**
1. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, periodic payments due to you may be withheld for as long as 91 days after this writ is issued and paid directly to the plaintiff.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last known address by first-class mail.
2. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
3. Do not pay any obligations to the defendant unless allowed by statute or court rule.
4. If indebted, withholding must begin according to court rule (see instructions on the Garnishee Disclosure form). Unless notified that an objection has been filed, **28 days** after you are served with this writ you must begin forwarding withheld payments.

You are ordered to make all payments withheld under this writ payable to:
☐ the plaintiff   ☒ the plaintiff's attorney   ☐ the court
and mail them to: ☐ the plaintiff   ☒ the plaintiff's attorney   ☐ the court.

5. This periodic garnishment is effective until: a) the amount withheld equals the amount of the unpaid judgment as stated in item 2 of the request; b) the expiration of 91 days after the issue date of this writ; or c) the amount withheld exceeds the remaining unpaid judgment as stated in item 2 of the request.
6. Within **14 days** after this writ expires, you must file a final statement of the total amount paid on this writ.

8/6/08
Date of issue

11/5/08
Expiration date

*/s/*
Clerk of the court/Deputy

MC 12 (8a/07) REQUEST AND WRIT FOR GARNISHMENT (PERIODIC)    MCL 600.4011 et seq., MCR 3.101