FILED
SEP 10 2008
CLERK'S OFFICE
DETROIT

Approved, SCAO

Original - Court
1st copy - Garnishee
2nd copy - Defendant
3rd copy - Plaintiff

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>U.S. Dist. Ct. East. Dist of Mich | GARNISHMENT RELEASE | CASE NO.<br>2:07-cv-10950 |
|---|---|---|

Court address
231 W. Lafayette Blvd., Suite 257, Detroit, MI

Court telephone no.
(313) 234-5005

Plaintiff's name and address (judgment creditor)
Acme Contracting, Ltd.

v

Defendant's name and address (judgment debtor)
Toltest, Inc.
1480 Ford Street
Maumee, OH 43537
Social security number

Plaintiff's attorney, bar no., address, and telephone no.
J. Christian Hauser                P57990
1669 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302
(248) 334-6767

Garnishee's name and address
Whiting Turner
300 East Joppa Road
Baltimore, MD 21286

**TO THE GARNISHEE:**

The garnishment issued on 08/06/2008 is:
☑ withdrawn by the plaintiff.
☐ cancelled by the court.

You are released from further liability in connection with this garnishment.

Any amounts withheld as of 09/10/2008 shall be returned to the defendant and any further withholdings shall be discontinued.

Withdrawal authorized on 10/__/08   by /s/ J. Christian Hauser   P57990

09/10/2008
Date

/s/ D. Hamel
Deputy court clerk

**CERTIFICATE OF MAILING**

I certify that on this date this release was served on the garnishee and parties/attorneys by ordinary mail at their addresses shown above.

9.10.08                       /s/ D. Hamel
Date                          Signature

MC-50 (6/05)  GARNISHMENT RELEASE                                      MCR 3.101