**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| ACME Contracting, Ltd. | ) | Case No.  2:07-CV-10950 |
| Plaintiff, | ) | Hon. Sean F. Cox |
| v. | ) | **Entry of Appearance** |
| TolTest, Inc., et. al. | ) | |
| Defendants. | ) | |

Marshall A. Bennett, Jr. of the law firm of Marshall & Melhorn, LLC, hereby enter his appearance as co-counsel for defendants.

        Respectfully submitted,

        /s/ Marshall A. Bennett, Jr.

        Marshall A. Bennett, Jr. (P72551)
        Marshall & Melhorn, LLC
        Four SeaGate, Eighth Floor
        Toledo, Ohio 43604
        Telephone (419) 249-7100
        Fax: (419) 249-7151
        Email: bennett@marshall-melhorn.com
        Counsel for Defendants

- 2 -

**Certificate of Service**

I hereby certify that on May 24, 2010, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to the following: J. Christian Hauser, Esq., counsel for plaintiff, and Richard M. Kerger, Esq., Kimberly A. Conklin, Esq., and William J. Lamping, Esq., co-counsel for defendants.

    Respectfully submitted,

    /s/ Marshall A. Bennett, Jr.

    Marshall A. Bennett, Jr. (P72551)
    Marshall & Melhorn, LLC
    Four SeaGate, Eighth Floor
    Toledo, Ohio 43604
    Telephone (419) 249-7100
    Fax: (419) 249-7151
    Email: bennett@marshall-melhorn.com
    Counsel for Defendants