UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Acme Contracting, Limited,

        Plaintiff(s),

v.                                      Case No. 2:07-cv-10950-SFC-PJK
                                            Hon. Sean F Cox

Toltest, Incorporated, et al.,

        Defendant(s).
_____

**NOTICE TO APPEAR**

You are hereby notified to appear before the Honorable Paul J Komives, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  June 8, 2010 at 10:00 AM

**Certification**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                            By: s/ E. Butts
                                                  Case Manager

Dated:  June 1, 2010