# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| ACME Contracting, Ltd. | ) | Case No.  2:07-CV-10950 |
| Plaintiff, | ) | Judge Sean F. Cox |
| v. | ) | Magistrate Judge Paul J Komives |
| TolTest, Inc., et. al. | ) | **Notice** |
| Defendants. | ) | |

Please be advised that effective April 28, 2010, defendant TolTest, Inc., was acquired by Lakeshore TolTest Corporation, the principal offices of which are located at 7310 Woodward Avenue, Fifth Floor, Detroit, MI 48202.  As a result of the acquisition, TolTest, Inc. is now affiliated with Lakeshore Engineering Services Inc., the principal offices of which are also located at 7310 Woodward Avenue, Fifth Floor, Detroit, MI 48202.

Respectfully submitted,

/s/ Marshall A. Bennett, Jr.

Marshall A. Bennett, Jr. (P72551)
Marshall & Melhorn, LLC
Four SeaGate, Eighth Floor
Toledo, Ohio 43604
Telephone (419) 249-7100
Fax: (419) 249-7151
Email: bennett@marshall-melhorn.com
Counsel for Defendants

**Certificate of Service**

      I hereby certify that on June 7, 2010, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to the following: J. Christian Hauser, Esq., counsel for plaintiff, and Richard M. Kerger, Esq., Kimberly A. Conklin, Esq., and William J. Lamping, Esq., co-counsel for defendants.

      Respectfully submitted,

      /s/ Marshall A. Bennett, Jr.

      Marshall A. Bennett, Jr. (P72551)
      Marshall & Melhorn, LLC
      Four SeaGate, Eighth Floor
      Toledo, Ohio 43604
      Telephone (419) 249-7100
      Fax: (419) 249-7151
      Email: bennett@marshall-melhorn.com
      Counsel for Defendants